Fill in this information to identify the case:

Debtor name: **Bavaria Inn Restaurant, Inc.**
United States Bankruptcy Court for the: **DISTRICT OF COLORADO**
Case number (if known): **20-17488 EEB**

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **American Express** P.O. Box 650448 Dallas, TX 75265 | | Credit Card | | | | $28,787.92 |
| **Anheuser busch, Inc.** 3800 Clydesdale Parkway Loveland, CO 80538 | | Vendor | | | | $2,358.05 |
| **Banctek Credit Card Processing** 1215 Delaware Denver, CO 80204 | | Vendor | | | | $5,571.13 |
| **Beverage Distributing Breakthrough Beverage** P.O. Box 13306 Baltimore, MD 21203 | | Vendor | | | | $14,291.20 |
| **City of Glendale** 950 S. Birch Street Denver, CO 80246 | | Water and Sewer | | | | $4,023.56 |
| **Coal Creek Partners, LLC** c/o Darrell Waas, Esq. 1350 17th Street Suite 450 Denver, CO 80202 | | Rent arrearage | | | | $750,000.00 |
| **Coors Distributing** 5400 N. Pecos Street Denver, CO 80221 | | Vendor | | | | $6,246.05 |
| **Gary Wright, Esq.** 715 W. Main Street Suite 201 Aspen, CO 81611 | | Legal fees | | | | $11,268.02 |

| Debtor | Bavaria Inn Restaurant, Inc. | | Case number *(if known)* | **20-17488 EEB** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Home Depot Credit Services** P.O. Box 9001030 Louisville, KY 40290 | | Credit Card | | | | $1,982.53 |
| **Mai Plumbing** 4875 Pontiac Street Commerce City, CO 80022 | | Vendor | | | | $7,159.27 |
| **Mount Vernon Management, Inc.** P.O. Box 26 Idledale, CO 80453 | | Management fees | | | | $112,335.34 |
| **NDC Republic National Distributing** 8000 Southpark Terrace Littleton, CO 80120 | | Vendor | | | | $5,161.86 |
| **North Glendale PR** 490 S. Colorado Blvd. Denver, CO 80246 | | CCA fees | | | | $3,000.00 |
| **Patriot Shield Colorado** 2131 S. Jasmine Street Denver, CO 80222 | | Vendor | | | | $4,020.40 |
| **Peter Bornstein, ESq.** 6060 Greenwood Plaza Blvd. Suite 500 Greenwood Village, CO 80111 | | Legal fees | | | | $11,360.00 |
| **Rocky Mountain Business** 2020 S. Pontiac Way Denver, CO 80224 | | Vendor | | | | $2,045.97 |
| **Smoking Gun Land Co.** 492 S. Colorado Blvd. Denver, CO 80246 | | Parking lot rent | | | | $20,802.00 |
| **Springer & Steinberg, P.C.** 1600 Broadway Unit 1200 Denver, CO 80202 | | Legal fees | | | | $33,551.53 |
| **Wright Law** 715 W. Main Street Suite 201 Aspen, CO 81611 | | Legal fees | | | | $11,268.02 |

| Debtor | **Bavaria Inn Restaurant, Inc.** | | Case number *(if known)* | **20-17488 EEB** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim ||| 
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. |||
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Xcel Energy<br>P.O. Box 9477<br>Minneapolis, MN 55484-9477** | | **Utilities** | | | | $3,741.63 |