# United States Bankruptcy Court
## District of Colorado

In re **Bavaria Inn Restaurant, Inc.**　　　Debtor(s)　　　Case No. **20-17488 EEB**　　Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Chad Savage**<br>3905 SW Hidden Cove Drive<br>Lees Summit, MO 64082 | | | 3.125% |
| **David Pointer**<br>111 St. Andrews Drive<br>Cincinnati, OH 45245 | | | 2.00% |
| **Deborah Matthews Dunafon**<br>4814 E. Kentucky Ave.<br>Unit A<br>Denver, CO 80246 | | | 53.125% |
| **Debra Jean Hallinan Allen**<br>7910 S. Riviera Court<br>Aurora, CO 80016 | | | 2.79% |
| **George N. Miller**<br>12330 W. Carolina Dr.<br>Lakewood, CO 80228 | | | 6.25% |
| **Jennifer Lynn Hallinan**<br>5100 E. Dartmouth Avenue<br>Denver, CO 80222 | | | 0.69% |
| **John Aaaron Zell**<br>8316 N. Lombard<br>#292<br>Portland, OR 97203 | | | 2.00% |
| **Kristin Elizabeth Hallinan**<br>8050 Witney Place<br>Lone Tree, CO 80124 | | | 0.69% |
| **Marisol Delaney**<br>2424 SW Sherwood Drive<br>Portland, OR 97201 | | | 2.00% |
| **Pamela Zell Rigg**<br>24542 Palomares Rd.<br>Castro Valley, CA 94552 | | | 6.5% |
| **Ralph Riggs**<br>352 Fillmore Street<br>Denver, CO 80206 | | | 18.75% |

In re:   **Bavaria Inn Restaurant, Inc.**                                                   Case No.   **20-17488 EEB**
                                            Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Sharon K. King**<br>**10081 Coyote Song Terrace**<br>**Colorado Springs, CO 80924** | | | **2.08%** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **November 18, 2020**              Signature  **/s/ Deborah Dunafon**
                                                     **Deborah Dunafon**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.