# United States Bankruptcy Court
## District of Colorado

In re: **Bavaria Inn Restaurant, Inc.**    Debtor(s)

Case No. **20-17488 EEB**
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Bavaria Inn Restaurant, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 18, 2020**
Date

**/s/ Jeffrey A. Weinman**
**Jeffrey A. Weinman 7605**
Signature of Attorney or Litigant
Counsel for **Bavaria Inn Restaurant, Inc.**
**Weinman & Associates, P.C.**
**730 17th Street**
**Suite 240**
**Denver, CO 80202**
**303-572-1010 Fax:303-572-1011**
**jweinman@weinmanpc.com**