# United States Bankruptcy Court
## For the District of Colorado

| | | |
|---|---|---|
| In re: | ) | |
| Bavaria Inn Restaurant, Inc. | ) | Bankruptcy Case No. 20-17488-EEB |
| | ) | Chapter 11 |
| | ) | |
| Debtor(s). | ) | |

## DEFICIENCY NOTICE: DOCUMENTS DUE    12/2/2020

The following missing documents are required for your case:

- Statement of Financial Affairs
- Summary of Assets and Liabilities
- All Schedules: A/B, D, E/F, G, H
- Small Business Balance Sheet (due no later than 11/25/2020)
- Small Business Statement of Operations (due no later than 11/25/2020)
- Small Business Cash Flow (due no later than 11/25/2020)
- Most Recent Federal Income Tax Return

**Your case is subject to dismissal if you fail to file the missing documents or otherwise request a hearing in writing by the above date.**[1]

Date: 11/18/2020                                Kenneth S. Gardner, Clerk
                                                U.S. Customs House, 721 19th Street, Denver, CO 80202

Create your "List of Creditors" online: http://www.cob.uscourts.gov/credentry/splash_creditor_entry.asp
The Official Bankruptcy Forms are available at http://www.uscourts.gov/forms/bankruptcy-forms
The Official Local Bankruptcy Forms are available at http://www.cob.uscourts.gov/forms/all-forms
For more information on how to file the missing document(s) or information about your case:
    Call: 720-904-7300
    Live Chat Online: www.cob.uscourts.gov

---

[1] See 11 U.S.C. § 521 and/or 11 U.S.C. §1116, Federal Rule of Bankruptcy Procedure 1007 and/or 3015, and/or Local Bankruptcy Rule 1007-6, and 1007-7.