UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

IN RE:   Bavaria Inn Restaurant, Inc.

           Debtor

CASE NO. 20-17488-EEB
CHAPTER 11

NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**Harvey Sender**
**600 17th Street, Suite 2800 South**
**Denver, CO 80202**
**(303) 454-0540**
**hsender@sendertrustee.com**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated: November 18, 2020

Respectfully submitted,

PATRICK S. LAYNG
United States Trustee for Region 19

/s/ Paul Moss
Paul Moss, #26903
Trial Attorney for the U.S. Trustee
Byron G. Rogers Federal Building
1961 Stout Street, Suite 12-200
Denver, Colorado 80294
(303) 312-7995 telephone
(303) 312-7259 facsimile
Paul.Moss@usdoj.gov