UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| BAVARIA INN RESTAURANT, INC. ) | Case No. 20-17488 EEB |
| a Colorado Corporation ) | Chapter 11 |
| d/b/a Shotgun Willies ) | |
| EIN 84-0725727 ) | |
| ) | |
| Debtor. ) | |

**NOTICE PURSUANT TO LOCAL RULE 9013.1 OF THE APPLICATION TO EMPLOY WEINMAN & ASSOCIATES, P.C. AS COUNSEL FOR DEBTOR-IN-POSSESSION**

**OBJECTION DEADLINE: DECEMBER 3 , 2020**

TO ALL PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that on November 18, 2020, Debtor filed an Application to Employ Weinman & Associates, P.C. as its counsel in this bankruptcy matter. The Firm has received a $22,000.00 retainer plus the filing fee of $1,717.00 from Debtor. A portion of the retainer was expended on pre-petition services and costs. The balance of the retainer is being kept in a Coltaf account. The Firm claims an attorneys lien in the retained funds. Upon information and belief, no party in interest has a senior lien or interest in the funds being retained by the Firm. The Application is being sent out on Notice and accordingly, since substantial time will be likely billed during the Notice period, the Firm requests that if granted, this Application be approved nunc pro tunc to the filing of the Motion. A copy of the Application is on file at the United States Bankruptcy Court for the District of Colorado, First Floor, U.S. Custom House, 721 19th Street, Denver, Colorado 80202 for your inspection or by request to the undersigned.

If you oppose the Motion/Application or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and legal basis for the objections. The Court will not consider general objections.

In the absence of a timely and substantiated request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED: 11/19/20

Respectfully Submitted,

WEINMAN & ASSOCIATES, P.C.

By: \s\Jeffrey A. Weinman
Jeffrey A. Weinman, #7605
730 17th Street
Suite 240
Denver, Colorado  80202
Phone: (303) 572-1010
Fax:   (303) 572-1011
jweinman@weinman.com

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice Pursuant to Local Rule 9013.1 of Debtor's Application to Employ Weinman & Associates, P.C. as Counsel for Debtor-In-Possession, has been placed in the United States mail, postage pre-paid on this 19th day of November, 2020 to the following:

See attached mailing matrix obtained from the Court's Electronic data base.

\s\Lisa Barenberg

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 20-17488-EEB<br>District of Colorado<br>Denver<br>Thu Nov 19 08:29:05 MST 2020 | Absolute First Aid<br>8547 E. Arapahoe<br>Suite J<br>Greenwood Village, CO 80112-1430 | Alpha Graphics<br>Attn  Tami Gotham<br>720 S. Colorado Blvd.<br>Suite 230B<br>Denver, CO 80246-1904 |
| American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | Anheuser busch, Inc.<br>3800 Clydesdale Parkway<br>Loveland, CO 80538-8763 | Auto-Chlor System<br>5650 Pecos Street<br>Denver, CO 80221-6641 |
| (p)BANCTEK SOLUTIONS<br>1215 DELAWARE ST<br>DENVER CO 80204-3609 | Bavaria Inn Restaurant, Inc.<br>490 S. Colorado Boulevard<br>Denver, CO 80246-1207 | Beverage Distributing<br>Breakthrough Beverage<br>P.O. Box 13306<br>Baltimore, MD 21203-3306 |
| Bevinco West Sculpture<br>8492 W. 94th Place<br>Westminster, CO 80021-5323 | Chad Savage<br>3905 SW Hidden Cove Drive<br>Lees Summit, MO 64082-4636 | (p)CITY OF GLENDALE<br>ATTN ATTN LINDA CASSADAY<br>950 S BIRCH STREET<br>GLENDALE CO 80246-2599 |
| Citywide Bank<br>P.O. Box 128<br>Aurora, CO 80040-0128 | Coal Creek Partner, LLC<br>c/o Darrell Waas, Esq.<br>1350 17th Street, Suite 450<br>Denver, CO 80202-1925 | Coal Creek Partners, LLC<br>c/o Darrell Waas, Esq.<br>1350 17th Street<br>Suite 450<br>Denver, CO 80202-1925 |
| Colorado Department Of Revenue<br>1375 Sherman St.<br>Room 504<br>Attention Bankruptcy Unit<br>Denver CO 80261-3000 | Comcast<br>P.O. Box 34744<br>Seattle, WA 98124-1744 | Coors Distributing<br>5400 N. Pecos Street<br>Denver, CO 80221-6404 |
| David Pointer<br>111 St. Andrews Drive<br>Cincinnati, OH 45245-2903 | Deborah Matthews Dunafon<br>4814 E. Kentucky Ave.<br>Unit A<br>Denver, CO 80246-2232 | Debra Jean Hallinan Allen<br>7910 S. Riviera Court<br>Aurora, CO 80016-7221 |
| Deep Rock Water<br>P.O. Box 660579<br>Dallas, TX 75266-0579 | Denver Syrup Company<br>353 W. 56th Avenue<br>Denver, CO 80216-1621 | Donald Sisson, Esq.<br>Elkus & Sisson, P.C.<br>7100 E. Belleview Avenue<br>Suite 101<br>Greenwood Village, CO 80111-1634 |
| Duncan Barber, Esq.<br>Shapiro Biegieng Barber Otteson LLP<br>7979 E. Tufts Avenue<br>Suite 1600<br>Denver, CO 80237-3358 | Dust Busters<br>P.O. Box 995<br>Arvada, CO 80001-0995 | Electra, Carmen<br>c/o Shane Fulton, Esq.<br>Burg Simpson Eldgredge Hersh & Jardine P<br>40 Inverness Drive East<br>Englewood, CO 80112-5481 |
| Flexant Corporation<br>1065 Woodmoor Drive<br>Monument, CO 80132-8960 | Front Range Wholesale<br>4535 Jason Street<br>Denver, CO 80211-2414 | Gary Wright, Esq.<br>715 W. Main Street<br>Suite 201<br>Aspen, CO 81611-1659 |

George N. Miller
12330 W. Carolina Dr.
Lakewood, CO 80228-3802

Hico Distributing
2245 W. College Avenue
Englewood, CO 80110-1109

Hockenbergs
P.O. Box 6939
Carol Stream, IL 60197-6939

Home Depot Credit Services
P.O. Box 9001030
Louisville, KY 40290-1030

IRS
PO Box 7346
Philadelphia PA 19101-7346

Jason D. Levy, Esq.
Cook, Bradford & Levy, LLC
2590 Trailridge Drive East
Suite 202
Lafayette, CO 80026-3183

Jennifer Lynn Hallinan
5100 E. Dartmouth Avenue
Denver, CO 80222-7337

John Aaaron Zell
8316 N. Lombard
#292
Portland, OR 97203-3727

Kopang, Quinton
c/o Logan Martin, Esq.
c/o Zachary Westerfield, Esq.
600 17th Street, Suite 2800S
Denver, CO 80202-5428

Kristin Elizabeth Hallinan
8050 Witney Place
Lone Tree, CO 80124-9798

MDC Wholesale Cigars
6305 S. Geneva Circle
Englewood, CO 80111-5437

Mai Plumbing
4875 Pontiac Street
Commerce City, CO 80022-4707

Marisol Delaney
2424 SW Sherwood Drive
Portland, OR 97201-1614

Maverick Wine Company
14704 E. 33rd Place
Unit C
Aurora, CO 80011-1218

McClure, Charles
4171 S. Memphis Way
Aurora, CO 80013-2711

Mitcheson, Dessie
c/o Shane Fulton, Esq.
Burg Simpson Eldredge Hersh & Jardine PC
40 Inverness Drive East
Englewood, CO 80112-5481

Moscia, Nick
540 S. Forest Street
#4-203
Denver, CO 80246-8147

Paul Moss
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004

Mount Vernon Management, Inc.
P.O. Box 26
Idledale, CO 80453-0026

NDC Republic National Distributing
8000 Southpark Terrace
Littleton, CO 80120-5605

New Age Beverage Corporation
Dept. 3975
P.O. Box 123975
Dallas, TX 75312-3975

Nicholson Audio
3833 Allison Circle
Wheat Ridge, CO 80033-4533

North Glendale PR
490 S. Colorado Blvd.
Denver, CO 80246-1207

Pamela Zell Rigg
24542 Palomares Rd.
Castro Valley, CA 94552-9764

Patriot Shield Colorado
2131 S. Jasmine Street
Denver, CO 80222-5705

Peter Bornstein, ESq.
6060 Greenwood Plaza Blvd.
Suite 500
Greenwood Village, CO 80111-4845

Pinder, Lucy
c/o Shane Fulton, Esq.
Burg Simpson Eldredge Hersh & Jardine PC
40 Inverness Drive East
Englewood, CO 80112-5481

Public Storage Co.
6611 Leetsdale Drive
Denver, CO 80224-3705

Ralph Riggs
352 Fillmore Street
Denver, CO 80206-4322

Riasatie, Carie
16928 E. Prentice Place
Centennial, CO 80015-2457

| | | |
|---|---|---|
| Rocky Mountain Business<br>2020 S. Pontiac Way<br>Denver, CO 80224-2412 | Rodriguez, Adriana<br>1719 Sumac Street<br>Longmont, CO 80501-7186 | Secure All Solutions<br>7354 S. Alton Way<br>Suite 102<br>Centennial, CO 80112-2367 |
| Securities and Exchange Commission<br>Central Regional Office<br>1961 Stout St.<br>Ste. 1700<br>Denver CO 80294-1700 | Securities and Exchange Commission<br>Midwest Regional Office<br>175 W. Jackson Blvd.<br>Ste. 900<br>Chicago IL 60604-2815 | Harvey Sender<br>600 17th St.<br>Ste. 2800S<br>Denver, CO 80202-5428 |
| Sharon K. King<br>10081 Coyote Song Terrace<br>Colorado Springs, CO 80924-4504 | Small Business Administration<br>10737 Gateway West<br>#300<br>El Paso, TX 79935-4910 | Smoking Gun Land Co.<br>492 S. Colorado Blvd.<br>Denver, CO 80246 |
| Sno-White Linen<br>P.O. Box 6420<br>Colorado Springs, CO 80934-6420 | Southern Wine & Spirits<br>22800 E. 19th Avenue<br>Aurora, CO 80019-3717 | Springer & Steinberg, P.C.<br>1600 Broadway<br>Unit 1200<br>Denver, CO 80202-4920 |
| Tem & Co.<br>490 S. Colorado Blvd.<br>Suite 101<br>Denver, CO 80246-1207 | US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | United Energy Trading<br>P.O. Box 837<br>Bismarck, ND 58502-0837 |
| Waste Management of No Co<br>P.O. Box 78251<br>Phoenix, AZ 85062-8251 | Jeffrey Weinman<br>730 17th St.<br>Ste. 240<br>Denver, CO 80202-3506 | Wright Law<br>715 W. Main Street<br>Suite 201<br>Aspen, CO 81611-1659 |
| Wright, Dory E.<br>Wright, D.A and Wright, D.E.<br>10527 Starglow Court<br>Highlands Ranch, CO 80126-8150 | Xcel Energy<br>P.O. Box 9477<br>Minneapolis, MN 55484-9477 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Banctek<br>Credit Card Processing<br>1215 Delaware<br>Denver, CO 80204 | City of Glendale<br>950 S. Birch Street<br>Denver, CO 80246 | End of Label Matrix<br>Mailable recipients    79<br>Bypassed recipients     0<br>Total                  79 |