UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| BAVARIA INN RESTAURANT, INC. | ) Case No. 20-17488 EEB |
| a Colorado Corporation | ) Chapter 11 |
| d/b/a Shotgun Willies | ) |
| EIN 84-0725727 | ) |
| | ) |
| Debtor. | ) |

## NOTICE PURSUANT TO L.B.R. 9013 OF THE MOTION FOR ORDER APPROVING INTERIM ADVANCE PAYMENT PROCEDURES FOR ALL PROFESSIONALS

### OBJECTION DEADLINE: DECEMBER 3, 2020

**YOU ARE HEREBY NOTIFIED** that the Debtor, Bavaria Inn Restaurant, Inc. d/b/a Shotgun Willies, has filed a Motion for Order Approving Interim Advance Payment Procedures for All Professionals. The Debtor has filed an application seeking an order approving interim advance payment procedure pursuant to which professionals retained by Order of the Court will be paid 100% of expenses and 80% of fees on a monthly basis. All fees paid shall be subject to approval by the Court which shall be submitted on a quarterly basis. To the extent any fees or expenses are not approved by the Court, they shall either offset against the twenty-five percent (20%) hold back or be subject to recapture as appropriate.

The Debtor requests that the Court approve interim compensation including the following procedures:

    a.    Within 14 days from the end of the monthly billing cycle for which interim advance payments ("Interim Advance Payments") are sought, the Debtor shall prepare a detailed monthly statement ("Monthly Statement"). The Monthly Statement shall comply with L.B.R. 2016-1(a)(2)(B). Monthly Statements seeking the reimbursement of expenses shall include a summary of expenses by category. Whenever a person pays expenses for others, the person shall be identified. Any fees or expenses not submitted in any month may be submitted in the next monthly billing cycle to obtain payment or await the formal fee application process to obtain payment.

    b.    Notice of Interim Advance Payments must be timely given along with an attached copy of the applicable Monthly Statement to the Debtor, Debtor's attorney(s), U.S. Trustee and, if applicable, the Chapter 11 trustee, attorney for the Creditors' Committee (or if there is no committee attorney, to all

    members of the committee), and any party in interest who has specifically requested copies of the Monthly Statements ("Noticed Parties").

c. The description of any services regarding a confidential matter may be redacted from the Monthly Statements. Professionals shall endeavor to use descriptions that will allow adequate review of their service without compromising sensitive commercial information, attorney, attorney work product or other privileges. If a redacted entry is questioned, such entries shall be treated as an Informal Objection. For allowance of the fees for the redacted entries, professionals shall move to submit unredacted monthly statements to the Court under seal as part of their subsequent formal fee application.

d. Objections to monthly statements, referred to as "Informal Objections" shall be submitted no later than 14 days after receiving notice of the Monthly Statement. Informal Objections must be submitted to the professionals and Noticed Parties and shall not be filed with the Court.

e. Informal Objections shall specify the nature of the objection and the associated specific amount(s) within the Monthly Statement considered objectionable.

f. In the event a professional receives an Informal Objection, then the professional may not seek or accept an interim advance payment of any amount to which an Informal Objection has been lodged (and remain unresolved between the professional and objecting party). Instead, the professional shall wait to obtain payment through the formal interim or final fee application process or seek further order of the Court. As provided herein, the professional may then receive 80% of the fees and 100% of the expenses not subject to an unresolved objection.

g. The Bankruptcy Estate's representative shall be authorized to pay and the professional may seek or accept Interim Advance Payments when and only to the extent that funds are available to pay all professionals and other known administrative priority claimants and the professional has fully complied with the provisions of L.B.R. 2016-2(b) and the Order authorizing the Interim Advance Payment procedures, including Notice and Objection provisions as provided for herein.

h. Failure to lodge an Informal Objection does not, by itself, constitute waiver of the right to object to a formal interim or final fee application. All Interim Advance Payments are subject to the interim and final fee applications filed with the Court pursuant to 11 U.S.C. §§330 and 331 and therefore subject to disgorgement.

i. Reasonable time and expenses incurred in the preparation of monthly statements and formal applications shall be reimbursable from the estate.

j. Notice of any proposed increase in an individual professional's billing rate must be filed with the Court and separately noticed to the Noticed Parties, and those parties shall have thirty (30) days to file objections to the proposed increase.

k. This application, if approved, will not preclude any party-in-interest from seeking extraordinary relief or expedited action by the Court to resolve or clarify disputes regarding professional compensation or expense reimbursement.

l. Every professional seeking interim advance payments shall comply with 11 U.S.C. §§330 and 331, L.B.R. 2016-1 and L.B.F. 2016-1.1 for interim and final compensation approval, file formal interim fee applications not more than every 120 days and at least every 180 days unless otherwise ordered by the Court, seek final approval of all interim compensation fee applications by filing a final fee application and when applicable, suspend seeking or accepting an interim advance payment as provided in L.B.R. 2016-2(c).

If you oppose the motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED: 11/19/20

Respectfully submitted

WEINMAN & ASSOCIATES, P.C.


By: /s/ Jeffrey A. Weinman
    Jeffrey A. Weinman, #7605
    730 17th Street, #240
    Denver, CO 80202-3506
    Telephone: (303) 572-1010
    Facsimile: (303) 572-1011
    jweinman@weinmanpc.com

## 2002-1 CERTIFICATE OF SERVICE OF NOTICE

The undersigned certifies that on November 19, 2020, I served by prepaid first class mail a copy of the **NOTICE PURSUANT TO L.B.R. 9013 OF THE MOTION FOR ORDER APPROVING INTERIM ADVANCE PAYMENT PROCEDURES FOR ALL PROFESSIONALS** in accordance with FED.R.BANKR.P. 2002 and 11 U.S.C. §342(c) on parties in interest contained on the attached list, which is a copy of the Court's Creditor Address Mailing Matrix for this case, obtained from PACER on November 19, 2020.

/s/ Lisa Barenberg

Label Matrix for local noticing
1082-1
Case 20-17488-EEB
District of Colorado
Denver
Thu Nov 19 08:29:05 MST 2020

Absolute First Aid
8547 E. Arapahoe
Suite J
Greenwood Village, CO 80112-1430

Alpha Graphics
Attn  Tami Gotham
720 S. Colorado Blvd.
Suite 230B
Denver, CO 80246-1904

American Express
P.O. Box 650448
Dallas, TX 75265-0448

Anheuser busch, Inc.
3800 Clydesdale Parkway
Loveland, CO 80538-8763

Auto-Chlor System
5650 Pecos Street
Denver, CO 80221-6641

(p)BANCTEK SOLUTIONS
1215 DELAWARE ST
DENVER CO 80204-3609

Bavaria Inn Restaurant, Inc.
490 S. Colorado Boulevard
Denver, CO 80246-1207

Beverage Distributing
Breakthrough Beverage
P.O. Box 13306
Baltimore, MD 21203-3306

Bevinco West Sculpture
8492 W. 94th Place
Westminster, CO 80021-5323

Chad Savage
3905 SW Hidden Cove Drive
Lees Summit, MO 64082-4636

(p)CITY OF GLENDALE
ATTN ATTN LINDA CASSADAY
950 S BIRCH STREET
GLENDALE CO 80246-2599

Citywide Bank
P.O. Box 128
Aurora, CO 80040-0128

Coal Creek Partner, LLC
c/o Darrell Waas, Esq.
1350 17th Street, Suite 450
Denver, CO 80202-1925

Coal Creek Partners, LLC
c/o Darrell Waas, Esq.
1350 17th Street
Suite 450
Denver, CO 80202-1925

Colorado Department Of Revenue
1375 Sherman St.
Room 504
Attention Bankruptcy Unit
Denver CO 80261-3000

Comcast
P.O. Box 34744
Seattle, WA 98124-1744

Coors Distributing
5400 N. Pecos Street
Denver, CO 80221-6404

David Pointer
111 St. Andrews Drive
Cincinnati, OH 45245-2903

Deborah Matthews Dunafon
4814 E. Kentucky Ave.
Unit A
Denver, CO 80246-2232

Debra Jean Hallinan Allen
7910 S. Riviera Court
Aurora, CO 80016-7221

Deep Rock Water
P.O. Box 660579
Dallas, TX 75266-0579

Denver Syrup Company
353 W. 56th Avenue
Denver, CO 80216-1621

Donald Sisson, Esq.
Elkus & Sisson, P.C.
7100 E. Belleview Avenue
Suite 101
Greenwood Village, CO 80111-1634

Duncan Barber, Esq.
Shapiro Biegieng Barber Otteson LLP
7979 E. Tufts Avenue
Suite 1600
Denver, CO 80237-3358

Dust Busters
P.O. Box 995
Arvada, CO 80001-0995

Electra, Carmen
c/o Shane Fulton, Esq.
Burg Simpson Eldgredge Hersh & Jardine P
40 Inverness Drive East
Englewood, CO 80112-5481

Flexant Corporation
1065 Woodmoor Drive
Monument, CO 80132-8960

Front Range Wholesale
4535 Jason Street
Denver, CO 80211-2414

Gary Wright, Esq.
715 W. Main Street
Suite 201
Aspen, CO 81611-1659

George N. Miller
12330 W. Carolina Dr.
Lakewood, CO 80228-3802

Hico Distributing
2245 W. College Avenue
Englewood, CO 80110-1109

Hockenbergs
P.O. Box 6939
Carol Stream, IL 60197-6939

Home Depot Credit Services
P.O. Box 9001030
Louisville, KY 40290-1030

IRS
PO Box 7346
Philadelphia PA 19101-7346

Jason D. Levy, Esq.
Cook, Bradford & Levy, LLC
2590 Trailridge Drive East
Suite 202
Lafayette, CO 80026-3183

Jennifer Lynn Hallinan
5100 E. Dartmouth Avenue
Denver, CO 80222-7337

John Aaaron Zell
8316 N. Lombard
#292
Portland, OR 97203-3727

Kopang, Quinton
c/o Logan Martin, Esq.
c/o Zachary Westerfield, Esq.
600 17th Street, Suite 2800S
Denver, CO 80202-5428

Kristin Elizabeth Hallinan
8050 Witney Place
Lone Tree, CO 80124-9798

MDC Wholesale Cigars
6305 S. Geneva Circle
Englewood, CO 80111-5437

Mai Plumbing
4875 Pontiac Street
Commerce City, CO 80022-4707

Marisol Delaney
2424 SW Sherwood Drive
Portland, OR 97201-1614

Maverick Wine Company
14704 E. 33rd Place
Unit C
Aurora, CO 80011-1218

McClure, Charles
4171 S. Memphis Way
Aurora, CO 80013-2711

Mitcheson, Dessie
c/o Shane Fulton, Esq.
Burg Simpson Eldredge Hersh & Jardine PC
40 Inverness Drive East
Englewood, CO 80112-5481

Moscia, Nick
540 S. Forest Street
#4-203
Denver, CO 80246-8147

Paul Moss
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004

Mount Vernon Management, Inc.
P.O. Box 26
Idledale, CO 80453-0026

NDC Republic National Distributing
8000 Southpark Terrace
Littleton, CO 80120-5605

New Age Beverage Corporation
Dept. 3975
P.O. Box 123975
Dallas, TX 75312-3975

Nicholson Audio
3833 Allison Circle
Wheat Ridge, CO 80033-4533

North Glendale PR
490 S. Colorado Blvd.
Denver, CO 80246-1207

Pamela Zell Rigg
24542 Palomares Rd.
Castro Valley, CA 94552-9764

Patriot Shield Colorado
2131 S. Jasmine Street
Denver, CO 80222-5705

Peter Bornstein, ESq.
6060 Greenwood Plaza Blvd.
Suite 500
Greenwood Village, CO 80111-4845

Pinder, Lucy
c/o Shane Fulton, Esq.
Burg Simpson Eldredge Hersh & Jardine PC
40 Inverness Drive East
Englewood, CO 80112-5481

Public Storage Co.
6611 Leetsdale Drive
Denver, CO 80224-3705

Ralph Riggs
352 Fillmore Street
Denver, CO 80206-4322

Riasatie, Carie
16928 E. Prentice Place
Centennial, CO 80015-2457

Rocky Mountain Business
2020 S. Pontiac Way
Denver, CO 80224-2412

Rodriguez, Adriana
1719 Sumac Street
Longmont, CO 80501-7186

Secure All Solutions
7354 S. Alton Way
Suite 102
Centennial, CO 80112-2367

Securities and Exchange Commission
Central Regional Office
1961 Stout St.
Ste. 1700
Denver CO 80294-1700

Securities and Exchange Commission
Midwest Regional Office
175 W. Jackson Blvd.
Ste. 900
Chicago IL 60604-2815

Harvey Sender
600 17th St.
Ste. 2800S
Denver, CO 80202-5428

Sharon K. King
10081 Coyote Song Terrace
Colorado Springs, CO 80924-4504

Small Business Administration
10737 Gateway West
#300
El Paso, TX 79935-4910

Smoking Gun Land Co.
492 S. Colorado Blvd.
Denver, CO 80246

Sno-White Linen
P.O. Box 6420
Colorado Springs, CO 80934-6420

Southern Wine & Spirits
22800 E. 19th Avenue
Aurora, CO 80019-3717

Springer & Steinberg, P.C.
1600 Broadway
Unit 1200
Denver, CO 80202-4920

Tem & Co.
490 S. Colorado Blvd.
Suite 101
Denver, CO 80246-1207

US Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004

United Energy Trading
P.O. Box 837
Bismarck, ND 58502-0837

Waste Management of No Co
P.O. Box 78251
Phoenix, AZ 85062-8251

Jeffrey Weinman
730 17th St.
Ste. 240
Denver, CO 80202-3506

Wright Law
715 W. Main Street
Suite 201
Aspen, CO 81611-1659

Wright, Dory E.
Wright, D.A and Wright, D.E.
10527 Starglow Court
Highlands Ranch, CO 80126-8150

Xcel Energy
P.O. Box 9477
Minneapolis, MN 55484-9477


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Banctek
Credit Card Processing
1215 Delaware
Denver, CO 80204

City of Glendale
950 S. Birch Street
Denver, CO 80246

End of Label Matrix
Mailable recipients     79
Bypassed recipients      0
Total                   79