UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| BAVARIA INN RESTAURANT, INC. | ) Case No. 20-17488 EEB |
| a Colorado Corporation | ) Chapter 11 |
| d/b/a Shotgun Willies | ) |
| EIN 84-0725727 | ) |
| | ) |
| Debtor. | ) |

**CORRECTED**
**CHAPTER 11 SMALL BUSINESS BALANCE SHEET, INCOME STATEMENT,**
**CASH FLOW STATEMENT**

Debtor, Bavaria Inn Restaurant, Inc. d/b/a Shotgun Willies, by and through its attorneys, WEINMAN & ASSOCIATES, P.C., hereby submits its Chapter 11 Small Business Balance Sheet, Income Statement, and Cash Flow Statement which are attached hereto.

DATED: 11/24/20

Respectfully Submitted,

WEINMAN & ASSOCIATES, P.C.

By:\s\Jeffrey A. Weinman
Jeffrey A. Weinman #7605
730 17th Street
Suite 240
Denver, Colorado  80202
Phone: (303) 572-1010
Fax:   (303) 572-1011
jweinman@weinmanpc.com

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that a true and correct copy of the foregoing **CHAPTER 11 SMALL BUSINESS BALANCE SHEET, INCOME STATE, CASH FLOW STATEMENT** has been placed in the United States mail, postage pre-paid, on this 23rd day of November, 2020, to the following:

Paul Moss, Esq.
Office of the U.S. Trustee
1961 Stout Street
Suite 12-200
Denver, CO 80294

Harvey Sender, Trustee
600 17th Street
Suite 2800 South
Denver, CO 80202

Bavaria Inn Restaurant, Inc.
Attn: Deborah Dunafon
490 S. Colorado Blvd.
Denver, CO 80246

Duncan Barber, Esq.
7979 E. Tufts Avenue
Suite 1600
Denver, CO 80237

\s\Lisa Barenberg

Bavaria Inn Restaurant, Inc.
Balance Sheet
December 31, 2019

20-17488

## ASSETS

| | | |
|---|---:|---:|
| **Current Assets** | | |
| Cash on Hand | $ 90,000.00 | |
| Bank Denver-Operate | 293,635.74 | |
| Citywide-Operating | 27,012.19 | |
| Bank Denver-Payroll | 80,147.46 | |
| Citywide Acct | 36,003.08 | |
| Petty Cash-Office | 1,000.00 | |
| Taxi-Petty Cash | 900.00 | |
| A/R - House Charge | 1,755.97 | |
| Loan-Glendale Holdings LLC | 1,000.00 | |
| A/R - Mastercard/Visa | 24,033.29 | |
| A/R - Health Ins | 534.59 | |
| A/R Other | 9,119.22 | |
| Employee/Owner Advances | 2,190.31 | |
| Long Term-Loan Fees | 10,093.94 | |
| Inventory - Liquor | 22,075.50 | |
| Inventory - Wine | 5,863.60 | |
| Inventory - Beer | 5,819.99 | |
| Cigar Inventory | 7,226.17 | |
| Inventory - Novelty | 1,636.35 | |
| Inventory - Cigarettes | 544.98 | |
| Prepaid License | 11,050.12 | |
| Prepaid Insurance | 40,468.98 | |
| Prepaid Other | 11,666.94 | |
| **Total Current Assets** | | 683,778.42 |
| | | |
| **Property and Equipment** | | |
| New Building | 2,443,948.54 | |
| Furniture and Equipment | 1,821,342.97 | |
| Land Improvements | 263,917.35 | |
| Accumulated Depreciation | (2,401,321.00) | |
| **Total Property and Equipment** | | 2,127,887.86 |
| | | |
| **Other Assets** | | |
| Deposits | 907.50 | |
| Deferred Income/C C Sign | (2.55) | |
| GIFT CERTIFICATES | (2,863.89) | |
| Deferred Income/JBC Joe | (3,968.63) | |
| Alpine Trophies/trade | (284.61) | |
| All Copy/ Trade | (8,626.71) | |
| Gift Cards | (2,056.19) | |
| Chris Hardy-Wesite Trade | (62.30) | |
| **Total Other Assets** | | (16,957.38) |
| | | |
| **Total Assets** | $ | 2,794,708.90 |

## LIABILITIES AND CAPITAL

| | | |
|---|---:|---:|
| **Current Liabilities** | | |
| Accounts Payable | $ 75,105.74 | |
| Accounts Payable - Other | 32,000.00 | |
| Sales Tax Payable | 31,301.45 | |
| Salaries Payable | 118,795.39 | |
| Park Lot Property Taxes | 49,939.55 | |

Unaudited - For Management Purposes Only

**Bavaria Inn Restaurant, Inc.**
**Balance Sheet**
**December 31, 2019**

| | | |
|---|---:|---:|
| Property Taxes Payable | 17,921.96 | |
| bldg property tax payable | 35,269.67 | |
| **Total Current Liabilities** | | 360,333.76 |
| Long-Term Liabilities | | |
| Loan-Citywide | 1,983,474.99 | |
| **Total Long-Term Liabilities** | | 1,983,474.99 |
| **Total Liabilities** | | 2,343,808.75 |
| Capital | | |
| Common Stock | 33,000.00 | |
| Retained Earnings | (230,099.00) | |
| AAA | 783,068.53 | |
| Stockholder Distributions | (1,330,000.00) | |
| Net Income | 1,194,930.62 | |
| **Total Capital** | | 450,900.15 |
| **Total Liabilities & Capital** | $ | 2,794,708.90 |

20-17488

**Bavaria Inn Restaurant, Inc.**
**Income Statement**
**For the Twelve Months Ending December 31, 2019**

|  | Current Month |  | Year to Date |  |
|---|---:|---:|---:|---:|
| **Revenues** |  |  |  |  |
| Liquor Sales | 247,944.75 | 56.91 | 2,930,031.70 | 52.92 |
| Wine Sales | 20,944.13 | 4.81 | 208,586.91 | 3.77 |
| Bottle Beer Sales | 47,978.20 | 11.01 | 632,227.48 | 11.42 |
| Draft Beer Sales | 23,840.28 | 5.47 | 335,822.63 | 6.07 |
| Other Food | 825.49 | 0.19 | 5,127.84 | 0.09 |
| Food Sales | 6,197.51 | 1.42 | 227,151.98 | 4.10 |
| Snacks | 0.00 | 0.00 | 76.00 | 0.00 |
| Cigar Income | 5,240.28 | 1.20 | 73,083.84 | 1.32 |
| Botique Income | 125.00 | 0.03 | 5,518.81 | 0.10 |
| Admissions Income | 54,187.44 | 12.44 | 779,240.69 | 14.07 |
| Table Dance Admissions | 28,371.98 | 6.51 | 340,009.56 | 6.14 |
| **Total Revenues** | 435,655.06 | 100.00 | 5,536,877.44 | 100.00 |
|  |  |  |  |  |
| **Cost of Sales** |  |  |  |  |
| COS - Liquor Well | 36,706.41 | 8.43 | 420,513.01 | 7.59 |
| COS - HH Food | 0.00 | 0.00 | 4,104.00 | 0.07 |
| COS - Wine | 8,502.41 | 1.95 | 76,870.42 | 1.39 |
| COS - Beer Domestic | 8,233.92 | 1.89 | 105,530.60 | 1.91 |
| COS - Beer Draft | 4,489.01 | 1.03 | 58,928.07 | 1.06 |
| Other Food-COGS | 1,798.73 | 0.41 | 8,814.19 | 0.16 |
| COS - Food | 6,197.51 | 1.42 | 227,154.48 | 4.10 |
| Snacks-COGS | 0.00 | 0.00 | 115.28 | 0.00 |
| COS - Cigars | 1,514.76 | 0.35 | 40,973.48 | 0.74 |
| COS - Botique | 369.10 | 0.08 | 4,162.47 | 0.08 |
| **Total Cost of Sales** | 67,811.85 | 15.57 | 947,166.00 | 17.11 |
| **Gross Profit** | 367,843.21 | 84.43 | 4,589,711.44 | 82.89 |
|  |  |  |  |  |
| **Miscellaneous Income** |  |  |  |  |
| Tennant fees | 2,773.84 | 0.64 | 37,007.56 | 0.67 |
| MISC INCOME-KITCHEN RENT | 0.00 | 0.00 | 12,928.57 | 0.23 |
| Misc. Income - Patio Rent | 500.00 | 0.11 | 6,000.00 | 0.11 |
| Misc Income-CCA Rent | 475.00 | 0.11 | 5,700.00 | 0.10 |
| Miscellaneous Income | 2,261.36 | 0.52 | 48,983.55 | 0.88 |
| Misc. Income - Interest | 3.40 | 0.00 | 499.53 | 0.01 |
| Misc. Income - Cigar Space Ren | 200.00 | 0.05 | 550.00 | 0.01 |
| ET License Fees | 91,981.00 | 21.11 | 1,129,273.00 | 20.40 |
| GAIN ON SALE OF ASSETS | 1,740.00 | 0.40 | 1,740.00 | 0.03 |
| Misc. Income - Service Fees | 5,850.00 | 1.34 | 74,375.00 | 1.34 |
| Misc. Income - Cigarettes | 4,105.04 | 0.94 | 38,819.71 | 0.70 |
| Misc. Income - Cigarette Cost | (2,671.57) | (0.61) | (25,760.88) | (0.47) |
| Misc. Income - DGD Fees | 12,563.25 | 2.88 | 197,082.25 | 3.56 |
| Misc. Income - DGD Sold | 83,755.00 | 19.23 | 1,317,160.00 | 23.79 |
| Misc. Income - DGD Redeemed | (83,011.00) | (19.05) | (1,312,250.00) | (23.70) |
| DGD Count Shortages | 802.00 | 0.18 | 5,226.00 | 0.09 |
| Misc. Income - DGD/Gift Cert | (190.00) | (0.04) | (4,038.00) | (0.07) |
| COST DGD PRINTING | 0.00 | 0.00 | (858.60) | (0.02) |
| **Total Miscellaneous Income** | 121,137.32 | 27.81 | 1,532,437.69 | 27.68 |
|  |  |  |  |  |
| **Net Income Before Expenses** | 488,980.53 | 112.24 | 6,122,149.13 | 110.57 |

**Expenses**
**Salaries and Wages**

**Bavaria Inn Restaurant, Inc.**
**Income Statement**
**For the Twelve Months Ending December 31, 2019**

|  | Current Month |  | Year to Date |  |
|---|---:|---:|---:|---:|
| Bartenders | 11,014.28 | 2.53 | 125,614.73 | 2.27 |
| Cocktail Waitress | 10,698.09 | 2.46 | 142,324.50 | 2.57 |
| Barbacks | 3,951.32 | 0.91 | 42,515.64 | 0.77 |
| Doorman | 6,418.56 | 1.47 | 73,258.87 | 1.32 |
| House Mom | 2,206.57 | 0.51 | 26,584.90 | 0.48 |
| Disc Jockey | 4,573.08 | 1.05 | 51,487.86 | 0.93 |
| Management | 78,798.17 | 18.09 | 1,000,080.00 | 18.06 |
| Management Maintenance | 5,824.43 | 1.34 | 63,836.37 | 1.15 |
| Valet Security | 1,645.20 | 0.38 | 17,091.15 | 0.31 |
| Promotion and Sales | 10,926.32 | 2.51 | 156,016.34 | 2.82 |
| Office | 18,422.96 | 4.23 | 245,024.30 | 4.43 |
| Guest Services | 2,398.48 | 0.55 | 31,133.34 | 0.56 |
| Contract Labor | 34,500.00 | 7.92 | 243,043.33 | 4.39 |
| Corporate Officer Salary | 8,000.00 | 1.84 | 96,000.00 | 1.73 |
| Bonus | 4,301.62 | 0.99 | 130,543.33 | 2.36 |
| Vacation | 0.00 | 0.00 | 3,375.00 | 0.06 |
| **Total Salaries and Wages** | **203,679.08** | **46.75** | **2,447,929.66** | **44.21** |
| **Employee Benefits** | | | | |
| Group Insurance | 8,380.35 | 1.92 | 72,171.54 | 1.30 |
| Payroll Tax Expense | 16,339.98 | 3.75 | 211,026.67 | 3.81 |
| **Total Employee Benefits** | **24,720.33** | **5.67** | **283,198.21** | **5.11** |
| **Advertising** | | | | |
| Advertising Classified | 0.00 | 0.00 | 270.00 | 0.00 |
| Newspapers | 0.00 | 0.00 | 765.00 | 0.01 |
| Printing | 702.58 | 0.16 | 16,478.91 | 0.30 |
| Promotion | 8,490.28 | 1.95 | 127,032.05 | 2.29 |
| Other Advertising | 14,116.99 | 3.24 | 118,767.30 | 2.15 |
| **Total Advertising** | **23,309.85** | **5.35** | **263,313.26** | **4.76** |
| **Supplies** | | | | |
| Bar Supplies | 2,735.98 | 0.63 | 33,371.84 | 0.60 |
| Buffet/Kitchen Supplies | 56.72 | 0.01 | 4,564.26 | 0.08 |
| China/Glassware Supplies | 2,148.55 | 0.49 | 22,870.12 | 0.41 |
| Paper Supplies | 4,059.73 | 0.93 | 38,634.36 | 0.70 |
| Cash Register Supplies | 591.77 | 0.14 | 6,907.96 | 0.12 |
| Cleaning Supplies | 1,040.02 | 0.24 | 10,458.67 | 0.19 |
| Maintenance Supplies | 207.40 | 0.05 | 4,555.85 | 0.08 |
| Other Supplies | 428.26 | 0.10 | 11,046.16 | 0.20 |
| **Total Supplies** | **11,268.43** | **2.59** | **132,409.22** | **2.39** |
| **Direct Operating Expenses** | | | | |
| Cleaning and Janitorial | 4,211.54 | 0.97 | 56,413.77 | 1.02 |
| Disco | 33.09 | 0.01 | 1,120.38 | 0.02 |
| Equipment Rental | 471.30 | 0.11 | 6,977.09 | 0.13 |
| House Promotions | 4,194.89 | 0.96 | 21,964.38 | 0.40 |
| Laundry | 2,514.74 | 0.58 | 30,484.74 | 0.55 |
| Licenses | 1,320.75 | 0.30 | 14,147.68 | 0.26 |
| Storage | 384.00 | 0.09 | 4,709.00 | 0.09 |
| Repairs and Maintenance | 2,196.32 | 0.50 | 45,198.18 | 0.82 |
| Repairs and Maint. Contract | 1,738.45 | 0.40 | 20,786.26 | 0.38 |
| Uniforms | 0.00 | 0.00 | 25.35 | 0.00 |
| Utilities | 5,130.65 | 1.18 | 67,725.93 | 1.22 |
| Cable TV | 2,575.59 | 0.59 | 15,849.62 | 0.29 |

For Management Purposes Only

**Bavaria Inn Restaurant, Inc.**
**Income Statement**
**For the Twelve Months Ending December 31, 2019**

|  | Current Month |  | Year to Date |  |
|---|---:|---:|---:|---:|
| Total Direct Operating Expenses | 24,771.32 | 5.69 | 285,402.38 | 5.15 |
| **Administrative Expenses** |  |  |  |  |
| Accounting | 0.00 | 0.00 | 3,800.00 | 0.07 |
| Alarm | 2,180.11 | 0.50 | 26,160.88 | 0.47 |
| Security Services | 6,640.09 | 1.52 | 55,405.25 | 1.00 |
| Bad Debts | 10,005.29 | 2.30 | 12,277.49 | 0.22 |
| Bank Charges | 210.81 | 0.05 | 5,368.45 | 0.10 |
| Cash Over and Short | 1,171.83 | 0.27 | 4,937.62 | 0.09 |
| Screening Expense | 0.00 | 0.00 | 25.00 | 0.00 |
| Theft Loss | 0.00 | 0.00 | 18,158.50 | 0.33 |
| Memberships | 121.70 | 0.03 | 4,479.13 | 0.08 |
| Collection Charges | 9,296.84 | 2.13 | 122,298.08 | 2.21 |
| Education/Workshops | 0.00 | 0.00 | 3,025.45 | 0.05 |
| Payroll Service | 894.09 | 0.21 | 8,809.89 | 0.16 |
| CITY USE TAX | 319.97 | 0.07 | 4,354.87 | 0.08 |
| Legal | 12,487.50 | 2.87 | 186,564.70 | 3.37 |
| Office Supplies | 406.06 | 0.09 | 13,081.53 | 0.24 |
| Professional Services | 10,633.33 | 2.44 | 172,958.23 | 3.12 |
| LOAN FEES | 86.27 | 0.02 | 8,599.01 | 0.16 |
| Telephone | 2,290.86 | 0.53 | 26,647.20 | 0.48 |
| Meals | 9,764.34 | 2.24 | 54,526.30 | 0.98 |
| Entertainment | 1,175.00 | 0.27 | 5,776.69 | 0.10 |
| Total Administrative Expenses | 67,684.09 | 15.54 | 737,254.27 | 13.32 |
| **Fixed Expenses** |  |  |  |  |
| Insurance | 20,849.49 | 4.79 | 215,298.38 | 3.89 |
| Depreciation Expense | 21,835.00 | 5.01 | 93,335.00 | 1.69 |
| Parking Lot Rent | 18,291.00 | 4.20 | 219,492.00 | 3.96 |
| Meeting Room Rent | 1,100.00 | 0.25 | 13,200.00 | 0.24 |
| Apt Rental | 1,000.00 | 0.23 | 12,000.00 | 0.22 |
| Com Consump Fees | 500.00 | 0.11 | 6,000.00 | 0.11 |
| Property Taxes FE | (690.04) | (0.16) | 17,921.96 | 0.32 |
| Property Taxes Bldg | 4,634.67 | 1.06 | 35,269.67 | 0.64 |
| Property Taxes PL | 6,676.55 | 1.53 | 49,939.55 | 0.90 |
| Interest Expense | 0.00 | 0.00 | 1,987.54 | 0.04 |
| CW Loan Interest | 7,488.70 | 1.72 | 102,407.59 | 1.85 |
| Penalties | 0.00 | 0.00 | 427.00 | 0.01 |
| Donations | 8,582.82 | 1.97 | 10,432.82 | 0.19 |
| Total Fixed Expenses | 90,268.19 | 20.72 | 777,711.51 | 14.05 |
| Total Expenses | 445,701.29 | 102.31 | 4,927,218.51 | 88.99 |
| Net Income | $ 43,279.24 | 9.93 | $ 1,194,930.62 | 21.58 |

20-17488

BAVARIA INN RESTAURANT, INC.
DBA SHOTGUN WILLIES
SIX MONTH CASH FLOW PROJECTIONS
DECEMBER 2020 TO MAY 2021

MONTHLY

| | | 20-Dec | 21-Jan | 21-Feb | 21-Mar | 21-Apr | 21-May | TOTALS |
|---|---|---|---|---|---|---|---|---|
| REVENUES | | $ - | $ - | $ 293,810.16 | $ 325,305.32 | $ 314,796.60 | $ 325,305.32 | |
| COGS | 13.00% | $ - | $ - | $ (38,915.32) | $ (42,289.69) | $ (40,923.56) | $ (42,289.69) | |
| MISC INCOME | | $ - | $ - | $ 64,000.00 | $ 76,000.00 | $ 88,000.00 | $ 95,000.00 | |
| REVENUE AFTER COGS | | $ - | $ - | $ 318,894.84 | $ 359,015.63 | $ 361,873.04 | $ 378,015.63 | $ 1,417,799.14 |
| 10% ADJ COVID RULES | | $ - | $ - | $ (31,889.48) | $ (35,901.56) | $ (36,187.30) | $ (37,801.56) | |
| PROJECTED MONTHLY INCOME | | $ - | $ - | $ 287,005.36 | $ 323,114.07 | $ 325,685.74 | $ 340,214.07 | $ 1,276,019.24 |
| EXPENSES | | | | | | | | |
| SALARIES & WAGES | | $ (52,815.00) | $ (52,815.00) | $ (100,900.00) | $ (111,400.00) | $ (105,200.00) | $ (113,500.00) | |
| EMPLOYEE BENEFITS | | $ (4,400.00) | $ (4,400.00) | $ (11,060.00) | $ (13,060.00) | $ (14,060.00) | $ (15,700.00) | |
| ADVERTISING | | $ (250.00) | $ (250.00) | $ (2,225.00) | $ (3,130.00) | $ (2,100.00) | $ (3,100.00) | |
| SUPPLIES | | $ (500.00) | $ (500.00) | $ (7,177.00) | $ (6,525.00) | $ (4,500.00) | $ (7,410.00) | |
| DIRECT OPERATING | | $ (12,800.00) | $ (12,800.00) | $ (10,660.00) | $ (16,000.00) | $ (19,000.00) | $ (19,070.00) | |
| ADMINISTRATIVE | | $ (29,700.00) | $ (34,900.00) | $ (52,500.00) | $ (63,900.00) | $ (55,200.00) | $ (69,129.00) | |
| FIXED EXPENSES | | $ (65,000.00) | $ (65,000.00) | $ (65,000.00) | $ (65,000.00) | $ (65,000.00) | $ (65,000.00) | |
| TOTAL EXPENSES | | $ (165,465.00) | $ (170,665.00) | $ (249,522.00) | $ (279,015.00) | $ (265,060.00) | $ (292,909.00) | $ (1,422,636.00) |
| PROJECTED MONTHLY NET INCOME | | $ (165,465.00) | $ (170,665.00) | $ 37,483.36 | $ 44,099.07 | $ 60,625.74 | $ 47,305.07 | $ (146,616.76) |