**Fill in this information to identify the case:**

Debtor name  **Bavaria Inn Restaurant, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF COLORADO

Case number (if known)  **20-17488 EEB**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:   Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ☐ Operating a business<br>■ Other   **Income** | **$3,097,813.00** |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ☐ Operating a business<br>■ Other   **Income** | **$7,069,315.00** |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ☐ Operating a business<br>■ Other   **Income** | **$7,204,437.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor   **Bavaria Inn Restaurant, Inc.**                    Case number *(if known)*   **20-17488 EEB**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Coal Creek Partners, LLC**<br>**c/o Darrell Waas, Esq.**<br>**1350 17th Street**<br>**Suite 450**<br>**Denver, CO 80202** | **October 6,**<br>**2020 -**<br>**$10,153.00**<br>**November 2,**<br>**2020 -**<br>**$10,153.00** | **$20,306.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Rent_ |
| 3.2. | **Mount Vernon Management, Inc.**<br>**P.O. Box 26**<br>**Idledale, CO 80453** | **August 4,**<br>**2020** | **$38,727.68** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_ **Management fees** |
| 3.3. | **Smoking Gun Land Co.**<br>**492 S. Colorado Blvd.**<br>**Denver, CO 80246** | **Monthly**<br>**payments of**<br>**$3500/month**<br>**August 24,**<br>**2020 -**<br>**November**<br>**2020** | **$14,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_ **Parking lot rent** |
| 3.4. | **CityWide Bank**<br>**P.O. Box 128**<br>**Aurora, CO 80040** | **August -**<br>**October** | **$37,642.41** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Tyler Mintz**<br>**1793 St Highway 93**<br>**Golden, CO 80401**<br>**Son of Deborah Dunafon, President of**<br>**Debtor** | **October**<br>**2019-**<br>**November**<br>**2020** | **$42,950.95** | **Floor manager, staff trainer and**<br>**supervisor salary** |
| 4.2. | **Jeff Allen**<br>**JAHC, Inc.**<br>**P.O. Box 3171**<br>**Greenwood Village, CO 80155**<br>**Corporate Officer** | **October 2019**<br>**- March 2020**<br>**$1500/month**<br>**for past 6**<br>**months** | **$9,000.00** | **Salary** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Bavaria Inn Restaurant, Inc.**                                   Case number *(if known)*  **20-17488 EEB**

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.3. **George N. Miller**<br>**12330 W. Carolina Drive**<br>**Denver, CO 80228**<br>**Officer/Director/Shareholder** | **8/20 -10/20**<br>**$2000/month**<br>**(floor**<br>**supervisor**<br>**salary)**<br>**10/19 - 3/20**<br>**$3000/month**<br>**(Director**<br>**salary)** | **$24,000.00** | **Floor supervisor salary and Director Salary** |
| 4.4. **Deborah Dunafon**<br>**P.O. Box 26**<br>**Idledale, CO 80453**<br>**Officer/Director/Shareholder -**<br>**President** | **October 2019**<br>**- October**<br>**2020** | **$12,000.00** | **Director salary** |
| 4.5. **Deborah Dunafon**<br>**P.O. Box 26**<br>**Idledale, CO 80453**<br>**President** | **January -**<br>**September**<br>**2020** | **$11,556.87** | **Expense reimbursement -**<br>**Debtor would use her personal**<br>**credit card for business**<br>**expenses and the business**<br>**would then pay her credit card**<br>**directly.** |
| 4.6. **James Matthews**<br>**4561 Golf Course Drive**<br>**Westlake Village, CA 91362**<br>**Director** | **10/19 - 3/20**<br>**$500/month**<br>**for 6 months** | **$3,000.00** | **Salary** |
| 4.7. **Payment to Shareholders**<br><br>**Shareholders** | **10/1/19 -**<br>**10/31/20** | **$558,000.00** | **Shareholder distributions** |
| 4.8. **Mount Vernon Management, Inc.**<br>**P.O. Box 26**<br>**Idledale, CO 80453**<br>**Owned by Debtor's President** | **11/19 - 8/20** | **$297,482.57** | **Management Fees** |
| 4.9. **Deborah Dunafon**<br>**P.o. Box 26**<br>**Idledale, CO 80453**<br>**President** | **10/1/20 -**<br>**11/21/20** | **$64,000.00** | **Manager/President Salary** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

| Debtor | **Bavaria Inn Restaurant, Inc.** | Case number *(if known)* __20-17488 EEB__ |
|---|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Adriana Rodriguez<br>vs.<br>Bavaria Inn Restaurant, Inc.<br>d/b/a Shotgun Willies, Inc., et al.<br>2019CV31090 | Personal Injury (settled) | Arapahoe County District Court<br>7325 S. Potomac Street<br>Suite 100<br>Centennial, CO 80112 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | Lucy Pinder, Dessie Mitcheson, Carmen Electra<br>vs.<br>Bavaria Inn Restaurant, Inc.<br>d/b/a Shotgun Willie's, Inc.<br>19CV259 | False advertising, false endorsement, misappropriation of likeness, violation of right to privacy | United States District Court for the District of Colorado<br>901 19th Street<br>Denver, CO 80294 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Dory E. Wright, surviving spouse, and as the Personal Representative of the Estate of Randall C. Wright; D.A. Wright,<br>surviving biological child;<br>and D.E. Wright, surviving biological child<br>vs.<br>Bavaria Inn Restaurant, Inc.<br>d/b/a Shotgun Willie's and Derek T. Hendricks<br>2109CV32418 | Wrongful death lawsuit | Arapahoe County District Court<br>7325 S. Potomac Street<br>Centennial, CO 80112 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Charles McClure<br>vs. Bavaria Inn Restaurant, Inc. d/b/a Shotgun Willies, Jonathan Ruiz, Derek Scott, Brian Festog and Eduardo Ambriz-Haros<br>2020CV30913 | Negligence | Arapahoe County District Court<br>7325 S. Potomac St.<br>Centennial, CO 80112 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Quinton Kopang<br>vs.<br>Bavarian Inn Restaurant, Inc.<br>d/b/a Shotgun Willlies and Ernie Crawley<br>2019CV30412 | Negligence | Denver District Court<br>1437 Bannock Street<br>Denver, CO 80202 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | Heather Price<br>vs.<br>Shotgun Willies | Discrimination lawsuit | US Equal Opportunity Commission<br>Denver Field Office<br>303 E. 17th Avenue, Suite 410<br>Denver, CO 80203 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Debtor | Bavaria Inn Restaurant, Inc. | Case number (if known) | 20-17488 EEB |
|---|---|---|---|

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Weinman & Associates, P.C.<br>730 17th Street<br>Suite 240<br>Denver, CO 80202 | | 8/24/20 and 10/13/20 (Retainer of $22,000 plus filing fee of $1717) | $23,717.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. Transfers not already listed on this statement

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                 Best Case Bankruptcy

Debtor   **Bavaria Inn Restaurant, Inc.**                              Case number *(if known)*   **20-17488 EEB**

both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1. | **Various parties** | Debtor sold a pizza oven, a pizza prep<br>table, 3 comp sink, flat grill, and 2 drawer<br>shelf to various parties and received a<br>total of $1740.00 | **10/24/19 -<br>2/20/20** | **$1,740.00** |
| | Relationship to debtor<br>**None** | | | |
| 13.2. | **Glendale Holdings, LLC<br>c/o Gary Wright, Esq.<br>715 W. Main Street, Suite 201<br>Aspen, CO 81611** | **Premises building**<br>**This property was transferred back to<br>Debtor in November 2020** | **January 6,<br>2020** | **Unknown** |
| | Relationship to debtor<br>**Insider** | | | |
| 13.3. | **Glendale Holdings, LLC<br>c/o Gary Wright, Esq.<br>715 W. Main Street, Suite 201<br>Aspen, CO 81611** | **Land Lease**<br>**This property was transferred back to<br>Debtor in November 2020** | **January 6,<br>2020** | **Unknown** |
| | Relationship to debtor<br>**Insider** | | | |
| 13.4. | **Tem & Co.<br>490 S. Colorado Blvd.<br>Suite 101<br>Denver, CO 80246** | **Bar Lease** | **January 6,<br>2020** | **$0.00** |
| | Relationship to debtor<br>**None** | | | |

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor   __Bavaria Inn Restaurant, Inc._____     Case number *(if known)*  __20-17488 EEB_____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Entertainer Trust Account** | | **Bank account** | **$1,900.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    __Bavaria Inn Restaurant, Inc.__    Case number *(if known)* __20-17488 EEB__

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Rich Gilman, CPA**<br>**600 S. Cherry Street**<br>**Suite 800**<br>**Denver, CO 80246** | **2014 - present** |
| 26a.2. | **Carie Riasati**<br>**16928 E. Prentice Place**<br>**Centennial, CO 80016** | **2014 - present** |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor __Bavaria Inn Restaurant, Inc.__    Case number *(if known)* __20-17488 EEB__

| Name and address | Date of service From-To |
|---|---|
| 26a.3.  **Guy Gulbranson** 21079 E. Mineral Drive Aurora, CO 80016 | **2014 - present** |
| 26a.4.  **Tara Lovato** 17375 E. Adriatic Dr. #N106 Aurora, CO 80013 | **2014 - present** |
| 26a.5.  **Michele Poague** 21079 E. Mineral Drive Aurora, CO 80016 | **2014 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Rich Gilman, CPA** 600 S. Cherry Street Suite 800 Denver, CO 80246 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.  **Citywide Bank** P.O. Box 128 Aurora, CO 80040

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1  Kosta Callas | 9/30/20 | $24,676.20 (Cost) Liquor, Wine, Champagne, Beer, Energy Drinks, Kegs and Misc. |
| Name and address of the person who has possession of inventory records **Debtor** | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor  **Bavaria Inn Restaurant, Inc.**                                    Case number *(if known)* **20-17488 EEB**

| | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Name of the person who supervised the taking of the inventory | | $24,909.72 (Cost) |
| 27.2  **Kosta Callas** | **8/31/20** | Liquor, Wine, Champagne, Beer, Energy Drinks, Kegs and Misc. |

Name and address of the person who has possession of inventory records

**Debtor**

---

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Deborah Matthews Dunafon** | 4814 E. Kentucky Avenue Unit A Denver, CO 80246 | President Officer, Director and Shareholder | 53.125% |
| **Ralph Riggs** | 352 Fillmore Street Denver, CO 80206 | Shareholder | 18.75% |
| **Pamela Zell Rigg** | 24542 Palomares Rd. Castro Valley, CA 94552 | Shareholder | 6.5% |
| **George N. Miller** | 12330 W. Carolina Drive Lakewood, CO 80228 | Shareholder | 6.25% |
| **Chad Savage** | 3905 SW Hidden Cove Drive Lees Summit, MO 64082 | Shareholder | 3.125% |
| **Debra Jean Hallinan Allen** | 7910 S. Riviera Court Aurora, CO 80016 | Shareholder | 2.79% |
| **John Aaron Zell** | 8316 N. Lombard #292 Portland, OR 97203 | Shareholder | 2.00% |
| **David Pointer** | 111 St. Andrews Drive Cincinnati, OH 45245 | Shareholder | 2.00% |
| **Marisol Delaney** | 2424 SW Sherwood Drive Portland, OR 97201 | Shareholder | 2.00% |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   __Bavaria Inn Restaurant, Inc.__                              Case number *(if known)*  __20-17488 EEB__

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Sharon K. Kling | 10081 Coyote Song Terrace<br>Colorado Springs, CO 80924 | Shareholder | 2.08% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Jennifer Lynn Hallinan | 5100 E. Dartmouth Avenue<br>Denver, CO 80222 | Shareholder | 0.69% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Kristin Elizabeth Hallinan | 8050 Witney Place<br>Lone Tree, CO 80124 | Shareholder | 0.69% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| James Matthews | 4561 Golf Course Drive<br>Westlake Village, CA 91362 | Director | 0% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1  See Answers to Question 4 | | | |
| Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

| Part 14: | Signature and Declaration |
|----------|---------------------------|

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in**

Debtor    **Bavaria Inn Restaurant, Inc.**                                    Case number *(if known)* **20-17488 EEB**

connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 1, 2020**

**/s/ Deborah Dunafon**                                    **Deborah Dunafon**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**Fill in this information to identify the case:**

Debtor name   **Bavaria Inn Restaurant, Inc.**

United States Bankruptcy Court for the:   **DISTRICT OF COLORADO**

Case number (if known)   **20-17488 EEB**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................ $     **2,000,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................. $     **1,070,052.61**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................ $     **3,070,052.61**

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................... $     **2,107,288.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$     **1,056,100.97**

4. **Total liabilities** .................................................................................................................
   Lines 2 + 3a + 3b     $     **3,163,388.97**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Bavaria Inn Restaurant, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known) **20-17488 EEB**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

**Current value of debtor's interest**

| 2. | **Cash on hand** | | | **Unknown** |
|---|---|---|---|---|

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of Denver** | **Checking** | **1441** | **$665,528.18** |
| 3.2. | **Bank of Denver** | **Payroll** | **9550** | **$188.95** |
| 3.3. | **CityWide Bank** | **Operating** | **4821** | **$104,426.92** |
| 3.4. | **CityWide Bank** | **Money Market** | **1936** | **$133,959.98** |

**4. Other cash equivalents** *(Identify all)*

| 4.1. | **Taxi Petty Cash** | | | **$900.00** |
|---|---|---|---|---|

**5. Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$905,004.03** |
|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **Bavaria Inn Restaurant, Inc.** | Case number *(if known)* **20-17488 EEB** |
|---|---|---|
| | Name | |

**Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   8.1. **Licenses, Insurance and other prepayments**                          $63,186.00

9. **Total of Part 2.**                                                              $63,186.00
   Add lines 7 through 8. Copy the total to line 81.

**Part 3:** **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | 29,186.38 | - | 0.00 | = .... | $29,186.38 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**                                                             $29,186.38
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:** **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** Liquor (beer, wine, champagne, red bull, kegs and bottled water) | 9/30/20 | $0.00 | Recent cost | $24,676.20 |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 2

| Debtor | Bavaria Inn Restaurant, Inc. | Case number (If known) 20-17488 EEB |
|---|---|---|
| | Name | |

**22.**  **Other inventory or supplies**

**23.**  **Total of Part 5.**                                                                                            $24,676.20
Add lines 19 through 22. Copy the total to line 84.

**24.**  **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.**  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.**  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:  Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**  **Office furniture**<br>Furniture, fixtures, and equipment; Citywide accounts; building and improvements; accounts receivable; liquor inventory | $0.00 | N/A | $48,000.00 |

**40.**  **Office fixtures**

**41.**  **Office equipment, including all computer equipment and communication systems equipment and software**

**42.**  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.**  **Total of Part 7.**                                                                                            $48,000.00
Add lines 39 through 42. Copy the total to line 86.

**44.**  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.**  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | **Bavaria Inn Restaurant, Inc.** | Case number *(If known)* **20-17488 EEB** |
|---|---|---|
| | Name | |

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **490 S. Colorado Blvd. Denver, CO (Building and improvement - (Book Value)** | Building Only | $0.00 | | $2,000,000.00 |

| | | | |
|---|---|---|---|
| 56. | Total of Part 9.<br>Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.<br>Copy the total to line 88. | | $2,000,000.00 |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   Patents, copyrights, trademarks, and trade secrets | | | |
| 61.   Internet domain names and websites | | | |
| 62.   Licenses, franchises, and royalties<br>**Liquor License** | $0.00 | | $0.00 |

63.    Customer lists, mailing lists, or other compilations

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor | **Bavaria Inn Restaurant, Inc.** | Case number *(if known)* **20-17488 EEB** |
|--------|----------------------------------|--------------------------------------------|
|        | Name                             |                                            |

64.     **Other intangibles, or intellectual property**

65.     **Goodwill**

66.     **Total of Part 10.**                                                              **$0.00**

    Add lines 60 through 65. Copy the total to line 89.

67.     **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
        ■ No
        ☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
        ■ No
        ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    __Bavaria Inn Restaurant, Inc._____     Case number *(if known)*  __20-17488 EEB_____
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $905,004.03 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $63,186.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $29,186.38 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $24,676.20 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $48,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................> | | $2,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,070,052.61 | + 91b. $2,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,070,052.61 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Bavaria Inn Restaurant, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | **20-17488 EEB** |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|
| **2.1** | **Citywide Bank**<br>Creditor's Name<br><br>**P.O. Box 128**<br>**Aurora, CO 80040**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**2014**<br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Furniture, fixtures and equipment; Citywide accounts; building and improvements; accounts receivable; liquor inventory**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | **$1,957,288.00** | **$2,340,249.48** |
| **2.2** | **Small Business Administration**<br>Creditor's Name<br><br>**10737 Gateway West #300**<br>**El Paso, TX 79935**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**6/2/20**<br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br>**EIDL Loan (Covid)**<br>**Have a second blanket lien on furniture, fixtures and equipment; building and improvements; accounts receivable; liquor inventory**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | **$150,000.00** | **$2,340,249.48** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Bavaria Inn Restaurant, Inc.** | Case number (if known) | **20-17488 EEB** |
|---|---|---|---|
| | Name | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     **$2,107,288.00**

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Duncan Barber, Esq.**<br>**Shapiro Biegieng Barber Otteson LLP**<br>**7979 E. Tufts Avenue**<br>**Suite 1600**<br>**Denver, CO 80237** | Line  **2.1** | |

| Fill in this information to identify the case: |
| --- |

Debtor name __Bavaria Inn Restaurant, Inc.__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) __20-17488 EEB__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
| --- | --- | --- |
| **3.1** | Nonpriority creditor's name and mailing address<br>**Absolute First Aid**<br>**8547 E. Arapahoe**<br>**Suite J**<br>**Greenwood Village, CO 80112**<br>Date(s) debt was incurred __2020__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Vendor__<br>Is the claim subject to offset? ■ No  ☐ Yes | $113.47 |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Alpha Graphics**<br>**Attn: Tami Gotham** ,<br>**720 S. Colorado Blvd.**<br>**Suite 230B**<br>**Denver, CO 80246**<br>Date(s) debt was incurred __2020__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Vendor__<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| **3.3** | Nonpriority creditor's name and mailing address<br>**American Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265**<br>Date(s) debt was incurred __2020__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Credit Card__<br>Is the claim subject to offset? ■ No  ☐ Yes | $28,787.92 |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Anheuser busch, Inc.**<br>**3800 Clydesdale Parkway**<br>**Loveland, CO 80538**<br>Date(s) debt was incurred __2020__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Vendor__<br>Is the claim subject to offset? ■ No  ☐ Yes | $2,358.05 |

| Debtor | **Bavaria Inn Restaurant, Inc.** | | Case number (if known) | **20-17488 EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $245.66 |
|---|---|---|---|
| | **Auto-Chlor System**<br>**5650 Pecos Street**<br>**Denver, CO 80221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2020** | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,571.13 |
|---|---|---|---|
| | **Banctek**<br>**Credit Card Processing**<br>**1215 Delaware**<br>**Denver, CO 80204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2020** | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,291.20 |
|---|---|---|---|
| | **Beverage Distributing**<br>**Breakthrough Beverage**<br>**P.O. Box 13306**<br>**Baltimore, MD 21203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2020** | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $290.00 |
|---|---|---|---|
| | **Bevinco West Sculpture**<br>**8492 W. 94th Place**<br>**Westminster, CO 80021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2020** | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,023.56 |
|---|---|---|---|
| | **City of Glendale**<br>**950 S. Birch Street**<br>**Denver, CO 80246** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2020** | Basis for the claim: **Water and Sewer** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750,000.00 |
|---|---|---|---|
| | **Coal Creek Partners, LLC**<br>**c/o Darrell Waas, Esq.**<br>**1350 17th Street**<br>**Suite 450**<br>**Denver, CO 80202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2014** | Basis for the claim: **Rent arrearage (estimated)** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $271.08 |
|---|---|---|---|
| | **Comcast**<br>**P.O. Box 34744**<br>**Seattle, WA 98124-1227** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2020** | Basis for the claim: **Utilities** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | __Bavaria Inn Restaurant, Inc.__ | Case number (if known) | __20-17488 EEB__ |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,246.05 |
|---|---|---|---|

**Coors Distributing**
5400 N. Pecos Street
Denver, CO 80221

Date(s) debt was incurred __2020__
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31.76 |
|---|---|---|---|

**Deep Rock Water**
P.O. Box 660579
Dallas, TX 75266

Date(s) debt was incurred __2020__
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $601.56 |
|---|---|---|---|

**Denver Syrup Company**
353 W. 56th Avenue
Denver, CO 80216

Date(s) debt was incurred __2020__
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,800.00 |
|---|---|---|---|

**Dust Busters**
P.O. Box 995
Arvada, CO 80001

Date(s) debt was incurred __2020__
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Electra, Carmen**
c/o Shane Fulton, Esq.
Burg Simpson Eldgredge Hersh & Jardine P
40 Inverness Drive East
Englewood, CO 80112

Date(s) debt was incurred __4/23/16__
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Pending lawsuit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,687.50 |
|---|---|---|---|

**Flexant Corporation**
1065 Woodmoor Drive
Monument, CO 80132

Date(s) debt was incurred __2020__
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,140.15 |
|---|---|---|---|

**Front Range Wholesale**
4535 Jason Street
Denver, CO 80211

Date(s) debt was incurred __2020__
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bavaria Inn Restaurant, Inc.** | Case number (if known) | **20-17488 EEB** |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,268.02**

**Gary Wright, Esq.**
**715 W. Main Street**
**Suite 201**
**Aspen, CO 81611**

Date(s) debt was incurred  2019-2020

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Legal fees__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$476.16**

**Hico Distributing**
**2245 W. College Avenue**
**Englewood, CO 80110**

Date(s) debt was incurred  2020

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$870.77**

**Hockenbergs**
**P.O. Box 6939**
**Carol Stream, IL 60197**

Date(s) debt was incurred  2020

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,982.53**

**Home Depot Credit Services**
**P.O. Box 9001030**
**Louisville, KY 40290**

Date(s) debt was incurred  2020

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Credit Card__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Kopang, Quinton**
**c/o Logan Martin, Esq.**
**c/o Zachary Westerfield, Esq.**
**600 17th Street, Suite 2800S**
**Denver, CO 80202**

Date(s) debt was incurred  2/17/18

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Pending lawsuit__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,159.27**

**Mai Plumbing**
**4875 Pontiac Street**
**Commerce City, CO 80022**

Date(s) debt was incurred  2020

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00**

**Maverick Wine Company**
**14704 E. 33rd Place**
**Unit C**
**Aurora, CO 80011**

Date(s) debt was incurred  2020

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com · Best Case Bankruptcy

| Debtor | Bavaria Inn Restaurant, Inc. | Case number (if known) | 20-17488 EEB |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**McClure, Charles**
4171 S. Memphis Way
Aurora, CO 80013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/27/19**

Basis for the claim:  **Pending lawsuit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**MDC Wholesale Cigars**
6305 S. Geneva Circle
Englewood, CO 80111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mitcheson, Dessie**
c/o Shane Fulton, Esq.
Burg Simpson Eldredge Hersh & Jardine PC
40 Inverness Drive East
Englewood, CO 80112

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/17/16**

Basis for the claim:  **Pending lawsuit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Moscia, Nick**
540 S. Forest Street
#4-203
Denver, CO 80246

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112,335.34 |
|---|---|---|---|

**Mount Vernon Management, Inc.**
P.O. Box 26
Idledale, CO 80453

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Management fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,161.86 |
|---|---|---|---|

**NDC Republic National Distributing**
8000 Southpark Terrace
Littleton, CO 80120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $236.25 |
|---|---|---|---|

**New Age Beverage Corporation**
Dept. 3975
P.O. Box 123975
Dallas, TX 75312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Bavaria Inn Restaurant, Inc.** | Case number (if known) | **20-17488 EEB** |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,960.00 |
|---|---|---|---|

**Nicholson Audio**
**3833 Allison Circle**
**Wheat Ridge, CO 80033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__
Last 4 digits of account number __

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**North Glendale PR**
**490 S. Colorado Blvd.**
**Denver, CO 80246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__
Last 4 digits of account number __

Basis for the claim: __CCA fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,020.40 |
|---|---|---|---|

**Patriot Shield Colorado**
**2131 S. Jasmine Street**
**Denver, CO 80222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__
Last 4 digits of account number __

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,360.00 |
|---|---|---|---|

**Peter Bornstein, ESq.**
**6060 Greenwood Plaza Blvd.**
**Suite 500**
**Greenwood Village, CO 80111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__
Last 4 digits of account number __

Basis for the claim: __Legal fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Pinder, Lucy**
**c/o Shane Fulton, Esq.**
**Burg Simpson Eldredge Hersh & Jardine PC**
**40 Inverness Drive East**
**Englewood, CO 80112**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __12/27/16 and 1/30/17__
Last 4 digits of account number __

Basis for the claim: __Pending lawsuit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $384.00 |
|---|---|---|---|

**Public Storage Co.**
**6611 Leetsdale Drive**
**Denver, CO 80224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__
Last 4 digits of account number __

Basis for the claim: __Storage__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $104.24 |
|---|---|---|---|

**Riasatie, Carie**
**16928 E. Prentice Place**
**Centennial, CO 80015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__
Last 4 digits of account number __

Basis for the claim: __Expenses__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| Debtor | **Bavaria Inn Restaurant, Inc.** | | Case number *(if known)* | **20-17488 EEB** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,045.97 |
|---|---|---|---|

**Rocky Mountain Business**
2020 S. Pontiac Way
Denver, CO 80224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Last 4 digits of account number __

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Rodriguez, Adriana**
1719 Sumac Street
Longmont, CO 80501

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __July 2, 2017__

Last 4 digits of account number __

Basis for the claim: __Pending lawsuit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210.00 |
|---|---|---|---|

**Secure All Solutions**
7354 S. Alton Way
Suite 102
Centennial, CO 80112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Last 4 digits of account number __

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,802.00 |
|---|---|---|---|

**Smoking Gun Land Co.**
492 S. Colorado Blvd.
Denver, CO 80246

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Last 4 digits of account number __

Basis for the claim: __Parking lot rent__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,146.87 |
|---|---|---|---|

**Sno-White Linen**
P.O. Box 6420
Colorado Springs, CO 80934

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Last 4 digits of account number __

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,680.50 |
|---|---|---|---|

**Southern Wine & Spirits**
22800 E. 19th Avenue
Aurora, CO 80019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Last 4 digits of account number __

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,551.53 |
|---|---|---|---|

**Springer & Steinberg, P.C.**
1600 Broadway
Unit 1200
Denver, CO 80202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Legal fees__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Bavaria Inn Restaurant, Inc.**          Case number (if known) **20-17488 EEB**
        Name

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $791.12 |
|---|---|---|---|

**Tem & Co.**
**490 S. Colorado Blvd.**
**Suite 101**
**Denver, CO 80246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $602.17 |
|---|---|---|---|

**United Energy Trading**
**P.O. Box 837**
**Bismarck, ND 58502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $793.23 |
|---|---|---|---|

**Waste Management of No Co**
**P.O. Box 78251**
**Phoenix, AZ 85062-8251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,268.02 |
|---|---|---|---|

**Wright Law**
**715 W. Main Street**
**Suite 201**
**Aspen, CO 81611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Legal fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wright, Dory E.**
**Wright, D.A and Wright, D.E.**
**10527 Starglow Court**
**Highlands Ranch, CO 80126**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **5/2/19**

Basis for the claim: **Wrongful death lawsuit**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,741.63 |
|---|---|---|---|

**Xcel Energy**
**P.O. Box 9477**
**Minneapolis, MN 55484-9477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Utilities**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | **Bavaria Inn Restaurant, Inc.** | Case number (if known) | **20-17488 EEB** |
| --- | --- | --- | --- |

Name

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |
| 4.1 **Donald Sisson, Esq.**<br>**Elkus & Sisson, P.C.**<br>**7100 E. Belleview Avenue**<br>**Suite 101**<br>**Greenwood Village, CO 80111** | Line **3.51**<br><br>☐ Not listed. Explain ____ | — |
| 4.2 **Donald Sisson, Esq.**<br>**Elkus & Sisson, P.C.**<br>**7100 E. Belleview Avenue**<br>**Suite 101**<br>**Greenwood Village, CO 80111** | Line **3.26**<br><br>☐ Not listed. Explain ____ | — |
| 4.3 **Jason D. Levy, Esq.**<br>**Cook, Bradford & Levy, LLC**<br>**2590 Trailridge Drive East**<br>**Suite 202**<br>**Lafayette, CO 80026** | Line **3.41**<br><br>☐ Not listed. Explain ____ | — |

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
| --- | --- | --- |
| **5a. Total claims from Part 1** | 5a.    $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  +  $ | 1,056,100.97 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.    $ | 1,056,100.97 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                 Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Bavaria Inn Restaurant, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) __**20-17488 EEB**__

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ **No.** Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
      ■ **Yes.** Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
(Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Land Lease for 490 S. Colorado Blvd.** | |
|---|---|---|---|
| | State the term remaining | **2052** | **Coal Creek Partner, LLC** c/o Darrell Waas, Esq. **1350 17th Street, Suite 450 Denver, CO 80202** |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Bar Lease.  Debtor is the Lessor** | |
|---|---|---|---|
| | State the term remaining | **December 21, 2023** | **Tem & Co.** **490 S. Colorado Blvd.** Suite 101 **Denver, CO 80246** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **Bavaria Inn Restaurant, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   **20-17488 EEB**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

*Column 1: Codebtor*                                          *Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Coal Creek Partners, LLC** | c/o Darrell Waas, Esq. 1350 17th Street Suite 450 Denver, CO 80202 | **Citywide Bank** | ■ D   **2.1** ☐ E/F _____ ☐ G _____ |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Bavaria Inn Restaurant, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | **20-17488 EEB** |

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended Schedule
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __December 1, 2020__     X __/s/ Deborah Dunafon__
                                        Signature of individual signing on behalf of debtor

                                        __Deborah Dunafon__
                                        Printed name

                                        __President__
                                        Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy