UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BAVARIA INN RESTAURANT, INC. | ) | Case No. 20-17488 EEB |
| a Colorado Corporation | ) | Chapter 11 |
| d/b/a Shotgun Willies | ) | |
| EIN 84-0725727 | ) | |
| | ) | |
| Debtor. | ) | |

**MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER WITH RESPECT TO THE APPLICATION TO EMPLOY WEINMAN & ASSOCIATES, P.C. AS COUNSEL FOR DEBTOR-IN-POSSESSION AND REQUEST FOR ENTRY OF ORDER**

On November 19, 2020, Debtor ("Movant"), filed an Application to Employ Weinman & Associates, P.C. as Counsel for Debtor-in-Possession pursuant to Local Bankruptcy Rule 9013.1. Movant hereby certifies that the following is true and correct:

1. Service of the Application to Employ Weinman & Associates, P.C. as Counsel for Debtor-in-Possession, Notice and Proposed Order were timely made on all interested parties pursuant to L.B.R. 913 as shown on the affidavit of service previously filed with the application on November 19, 2020 (Docket No. 12).

2. Service of the Notice Pursuant to Local Rule 9013.1 of the Application to Employ Weinman & Associates, P.C. as Counsel for Debtor-in-Possession was timely made on all creditors pursuant to L.B.R. (202)(b) or 401(a)(3), whichever applies (or in the manner permitted by an order of the Court) as is shown on the affidavit of service previously filed with the Notice on November 19, 2020 (Docket No. 13)

3. The docket numbers for each of the following relevant documents are:

a. The Motion and all documents attached thereto and served therewith (Docket No. 13);

b. The Notice (Docket No. 13);

c. The certificate of service of the motion and the notice (Docket Nos. 12 and 13);

d. The proposed order (Docket No. 12)

4. No Objections to and/or requests for hearing on the Motion were received by the undersigned, or filed with the Court and docketed in the case file by the date designated in the notice.

WHEREFORE, Movant requests that the Court forthwith enter an Order, a form of which was submitted herewith, granting the requested relief.

DATED: 12/5/20

Respectfully submitted,

WEINMAN & ASSOCIATES, P.C.

By: \s\Jeffrey A. Weinman
Jeffrey A. Weinman (#7605)
730 17th Street, Suite 240
Denver, Colorado 80202
Phone: (303) 572-1010
Fax: (303) 572-1011
Email: jweinman@weinmanpc.com

---

Court Use Only: The undersigned deputy clerk certifies that on the date inscribed below, a check of the electronic entries on record in this matter confirms that no objections to or requests for hearing on this motion have been entered.

Dated:_____

_____
Signature of Deputy Clerk