UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                )
                                      )
BAVARIA INN RESTAURANT, INC.          )    Case No. 20-17488 EEB
dba Shotgun Willies                   )    Chapter 11
a Colorado Corporation                )
EIN 84-0725727                        )
                                      )
Debtor.                               )

## PRE-STATUS CONFERENCE REPORT

Debtor-in-Possession, Bavaria Inn Restaurant, Inc. dba Shotgun Willies ("Debtor"), through its counsel, Weinman & Associates, P.C., hereby submits its Pre-Status Conference Report as follows:

1. Debtor filed its Chapter 11 Voluntary Petition on November 18, 2020.

2. Since the date of the filing of its bankruptcy petition, the Debtor has remained in possession of its assets, and has operated its business and managed its financial affairs as a Debtor-in-Possession pursuant to 11 U.S.C. §§1107 and 1108.

3. Debtor has elected to proceed under Subchapter V of Chapter 11 of the Bankruptcy Code.

4. Shotgun Willie's is a Gentleman's Club founded in 1982 by Debbie Dunafon. Throughout its history it has been highly successful and is considered one of the finest clubs of its type in the country. Ms. Dunafon remains its majority owner and the driving force behind the success of the Club.

5. Pursuant to Gubernatorial Order, the Club had to close in March 2020 due to the Covid-19 pandemic. The Club remained closed for approximately one month. Moreover, even after relaxation of the closure order and the Club's reopening, it was still subject to significant operational restrictions, in particular, with respect to operating hours. Indeed, the restricted operations impacted the Club's performance significantly as it had to close at 9:00 P.M. and historically, peak business hours were from 10:00 P.M. to 2:00 A.M..

6. On November 27, 2020, the Club was again required to close and, to date, remains closed.

7. In anticipation of a period of extended business interruption as a consequence of the pandemic, Debtor accumulated cash to survive future limitations on operations and continued closure. To achieve this, many vendors were unpaid and rent payments curtailed.

8. Ironically, in late 2019, after having considered the option to do so for a number of years, Debtor proceeded to place itself in the best position to offer the business for sale. In this connection, tax advisors suggested that the building which Debtor owns should be transferred to another entity. This was accomplished in January of 2020. Nevertheless, counsel for a pending litigant perceived the transfer to be fraudulent and threatened additional litigation. To avoid unnecessary additional litigation and since a sale of the Club was is longer feasible, the transaction wherein the building housing the Club was transferred, was reversed.

9. Debtor is indebted to Citywide Bank in the amount of approximately $2.0 million and the Bank has a security interest in all of Debtor's assets, including some of its accounts. Counsel for the Bank and Debtor are discussing cash collateral and Plan treatment issues and a cash collateral agreement is anticipated to be filed shortly.

10. Importantly, Debtor does not own the land upon which its facility sits although it does own the building. Debtor is a tenant under a land lease with a third party, Coal Creek Partners, LLC. While some of the owners of the Debtor are the same as that of the landlord, there is not an identity of interests.

11. Furthermore, in preparation for a possible Bankruptcy filing, counsel reviewed the lease between Debtor and Coal Creek. This review revealed that annual adjustments to Base Rent had been miscalculated. Indeed, by its reading of the lease, Debtor believes that it is in arrears at least $750,000. On the other hand, based upon Coal Creek's interpretation of the same provision, it calculates the arrearage at far in excess $2.0 million.

12. The parties are currently discussing this discrepancy, negotiating how to resolve it and a consensual assumption of the lease.

13. Debtor hopes that it can resume operations in the near future but expects that its performance will be greatly reduced for the foreseeable future post-reopening. The political climate suggests that the vaccine which will be made available in the near future, may not be universally accepted, which could cause the virus to persist indefinitely with a corresponding negative impact on Debtor's business performance. It currently has sufficient cash to remain closed for approximately four months with reduced overhead.

DATED: December 7, 2020

                                      Respectfully Submitted,

                                      WEINMAN & ASSOCIATES, P.C.


                                      By: */s/ Jeffrey A. Weinman*
                                              Jeffrey A. Weinman, #7605
                                              730 17th Street, Suite 240
                                              Denver, CO 80202-3506
                                              Telephone: (303) 572-1010
                                              Facsimile: (303) 572-1011
                                              jweinman@weinmanpc.com

## CERTIFICATE OF SERVICE

    I hereby certify that I have served on this 7th day of December, 2020, a true and correct copy of the foregoing **PRE-STATUS CONFERENCE REPORT** by electronic mail through the Court's CM/ECF system using the e-mail addresses on file with the Court as obtained from the parties-in-interest's Notices of Entry of Appearance to the following:

Paul V. Moss, Esq.
U.S. Trustee's Office
1961 Stout St., Ste. 12-200
Denver, CO 80294
Paul.Moss@usdoj.gov

Bavaria Inn Restaurant, Inc.
dba Shotgun Willies
ATTN: Deborah Dunafon, President
490 S. Colorado Blvd.
Denver, CO 80246

Harvey Sender
Subchapter V Trustee
600 17th Street, Suite 2800 South
Denver, CO 80202
hsender@sendertrustee.com

David J. Warner, Esq.
Wadsworth Garber Warner Conrardy, P.C.
2580 W. Main St., Suite 200
Littleton, CO 80120
dwarner@wgwc-law.com

Duncan E. Barber, Esq.
Shapiro Bieging Barber Otteson LLP
7979 E. Tufts Ave., Ste. 1600
Denver, CO 80237
dbarber@sbbolaw.com

Darrell G. Waas, Esq.
Waas Campbell Rivera Johnson & Velasquez LLP
1350 17th Street, Suite 450
Denver, CO 80202
waas@wcrlegal.com

                /s/ Lisa R. Kraai