UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: )
)
BAVARIA INN RESTAURANT, INC. ) Case No. 20-17488 EEB
dba Shotgun Willies ) Chapter 11
a Colorado Corporation )
EIN 84-0725727 )
)
Debtor. )

## STATUS REPORT

Debtor-in-Possession, Bavaria Inn Restaurant, Inc. dba Shotgun Willies ("Debtor"), through its counsel, Weinman & Associates, P.C., hereby submits this Status Report as follows:

1. Debtor filed its Chapter 11 Voluntary Petition on November 18, 2020.

2. Since the date of the filing of its bankruptcy petition, the Debtor has remained in possession of its assets, and has operated its business and managed its financial affairs as a Debtor-in-Possession pursuant to 11 U.S.C. §§1107 and 1108.

3. Debtor has elected to proceed under Subchapter V of Chapter 11 of the Bankruptcy Code.

4. On December 21, 2020, the Court held its Subchapter V Status Conference.

5. At the Status Conference, the Court ordered that the Cash Collateral Agreement with Citywide Bank be filed by the end of this week.

6. Modifications to the draft of the Agreement took longer than anticipated to be approved by the parties.

7. Although the document is now finalized, some of the signatories to the Agreement are unavailable due to the holidays.

8. Accordingly, the Agreement and motion to approve it cannot be filed until early next week.

Wherefore, Debtor submits this Status Report.

DATED: December 31, 2020

        Respectfully Submitted,

        WEINMAN & ASSOCIATES, P.C.


        By: */s/ Jeffrey A. Weinman*
            Jeffrey A. Weinman, #7605
            730 17th Street, Suite 240
            Denver, CO 80202-3506
            Telephone: (303) 572-1010
            Facsimile: (303) 572-1011
            jweinman@weinmanpc.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have served on this 31st day of December, 2020, a true and correct copy of the foregoing **STATUS REPORT** by electronic mail through the Court's CM/ECF system using the e-mail addresses on file with the Court as obtained from the parties-in-interest's Notices of Entry of Appearance to the following:

Paul V. Moss, Esq.
U.S. Trustee's Office
1961 Stout St., Ste. 12-200
Denver, CO 80294
Paul.Moss@usdoj.gov

Bavaria Inn Restaurant, Inc.
dba Shotgun Willies
ATTN: Deborah Dunafon, President
490 S. Colorado Blvd.
Denver, CO 80246

Harvey Sender
Subchapter V Trustee
600 17th Street, Suite 2800 South
Denver, CO 80202
hsender@sendertrustee.com

David J. Warner, Esq.
Wadsworth Garber Warner Conrardy, P.C.
2580 W. Main St., Suite 200
Littleton, CO 80120
dwarner@wgwc-law.com

Duncan E. Barber, Esq.
Shapiro Bieging Barber Otteson LLP
7979 E. Tufts Ave., Ste. 1600
Denver, CO 80237
dbarber@sbbolaw.com

Darrell G. Waas, Esq.
Waas Campbell Rivera Johnson & Velasquez LLP
1350 17th Street, Suite 450
Denver, CO 80202
waas@wcrlegal.com

                                              /s/ Lisa R. Kraai