UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: )
)
BAVARIA INN RESTAURANT, INC. ) Case No. 20-17488 EEB
dba Shotgun Willies ) Chapter 11
a Colorado Corporation )
EIN 84-0725727 )
)
Debtor. )

## BALLOT FOR ACCEPTING OR REJECTING PLAN

On February 16, 2021, Bavaria Inn Restaurant, Inc. ("Debtor") filed its Plan of Reorganization for Small Business Under Chapter 11, Subchapter V (the "Plan"). This Ballot enables you, as a creditor of the Debtor, to vote on the Plan. The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interest in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it. To have your vote count you must complete and return this Ballot.

[If equity security holder] The undersigned, the holder of [state number] _____ shares of [describe type] _____ stock of the above-named Debtor, represented by Certificate(s) No. _____, registered in the name of _____. The equity interest of undersigned has been classified as Class ____ (please fill in) of the Plan.

[If holder of general secured or unsecured claim] The undersigned, a creditor of the above-named Debtor in the unpaid principal amount of $ **200,000.00**, and whose claim has been classified as a Class **6** (please fill in) claim under the Plan:

**[Check One]**      ____ Accepts      ✓ Rejects

the Plan for the reorganization of the above-named Debtor.

Print or type name: Joseph N. Casas
Signed _____
Title Attorney for Claimant
Claimant Carmen Electra
Address 11844 Bandera Road, #509
            Helotes, Texas 78023
Phone Number 855-267-4457

**Return this Ballot on or before 5:00 p.m. prevailing Mountain Time, on March 29, 2021.**

**TO:**   Jeffrey A. Weinman, Esq.
         Weinman & Associates, P.C.
         730 17th Street, Suite 240
         Denver, CO 80202-3506
         Facsimile: (303) 572-1011
         E-Mail: Jweinman@weinmanpc.com with a copy to: LKraai@weinmanpc.com

# CERTIFICATE OF SERVICE

The undersigned certifies that on March 22, 2021, service of the foregoing BALLOT FOR REJECTING PLAN for Claimant CARMEN ELECTRA was made by the Court's CM/ECF system on all parties that receive service in this case using the e-mail addresses on file with the Court as obtained from the parties-in-interest's Notices of Entry of Appearance and on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED.R.BANKR.P. and these L.B.R. to the following:

Jeffrey A. Weinman, #7605
730 17th Street, Suite 240
Denver, CO 80202-3506
Telephone: (303) 572-1010
Facsimile: (303) 572-1011
jweinman@weinmanpc.com
cc: lkraai@weinmanpc.com

Paul V. Moss, Esq.
U.S. Trustee's Office
1961 Stout St., Ste. 12-200
Denver, CO 80294
Paul.Moss@usdoj.gov

Bavaria Inn Restaurant, Inc.
dba Shotgun Willies
ATTN: Deborah Dunafon, President
490 S. Colorado Blvd.
Denver, CO 80246

G. Stephen Long, Esq.
GSL Trial Lawyers
650 South Cherry Street, Suite 825
Glendale, CO 80246
slong@gsltrial.com

Harvey Sender
Subchapter V Trustee
600 17th Street, Suite 2800 South
Denver, CO 80202
hsender@sendertrustee.com

David J. Warner, Esq.
Wadsworth Garber Warner Conrardy, P.C.
2580 W. Main St., Suite 200
Littleton, CO 80120
dwarner@wgwc-law.com

Duncan E. Barber, Esq.
Shapiro Bieging Barber Otteson LLP
7979 E. Tufts Ave., Ste. 1600
Denver, CO 80237
dbarber@sbbolaw.com

Darrell G. Waas, Esq.
Waas Campbell Rivera Johnson & Velasquez LLP
1350 17th Street, Suite 450
Denver, CO 80202
waas@wcrlegal.com

Scott Saltzman, CPA
Saltzman LLC
5655 S. Yosemite St., Suite 205
Greenwood Village, CO 80211
scott@saltzmanllc.com

Peter R. Bornstein, Esq.
The Law Offices of Peter R. Bornstein
6060 Greenwood Plaza Blvd., Suite 500
Greenwood Village, CO 80111
pbornstein@prblegal.com

    *s/ Joseph N. Casas*
    Joseph N. Casas, Esq.
    The Casas Law Firm, P.C.
    11844 Bandera Rd., #509
    Helotes, TX 78023
    joseph@talentrights.law