UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| BAVARIA INN RESTAURANT, INC. ) | Case No. 20-17488 EEB |
| a Colorado Corporation ) | Chapter 11 |
| d/b/a Shotgun Willies ) | |
| ) | |
| ) | |
| Debtor. ) | |
| ) | |

## DEBTOR'S RESPONSE TO WRIGHT'S DISCOVERY DISPUTE REPORT FOR HEARING OF JULY 1, 2021

Debtor-in-Possession, Bavaria Inn Restaurant, Inc. d/b/a Shotgun Willies ("Bavaria"), by and through its counsel, Law Offices of G Stephen Long, LLC and Weinman & Associates, P.C., hereby provide this Response to Wright's Discovery Dispute Report ("Discovery Dispute Report") filed June 29, 2021 (docket No. 184).

As an initial matter, this is not a discovery issue, nor does it warrant a dispute hearing. The Discovery Dispute Report, filed without conferral, seeks to: (1) wrongfully assert G Stephen Long provided legal advice to George Miller and Pamela Zell Rigg, and (2) fabricate an adverse interests between Glendale Holdings, LLC, and Bavaria.

First, Counsel for the Wrights made no conferral attempt before filing the Discovery Dispute Report. Had a conferral attempt been made, Counsel for the Wrights would have had the information herein and could have made an informed decision as to whether their Discovery Dispute Report was warranted.

Second, Counsel for the Wrights are misstating the facts and vilifying Bavaria's good faith efforts to ensure all Subpoenas issued by the Wrights were completely and accurately complied with. As the Discovery Dispute Report concedes, G Stephen Long and GSL Trial Lawyers do not represent Mr. Miller and Ms. Rigg. The Response to the Subpoena for Mr. Miller states specifically ". . . we [GSL Trial Lawyers] do not represent George Miller personally . . . ." The Response to Subpoena for Ms. Rigg states specifically ". . . we [GSL Trial Lawyers] do not represent Pamela Zell Rigg personally . . . ."

In actuality, G Stephen Long merely facilitated the responses of lay people in gathering documents and responding to Subpoenas. In no way, at no time did G Stephen Long, GSL Trial Lawyers, or any of its representatives provide legal advice or legal services to George Miller or Pamela Zell Rigg.

GSL Trial Lawyers was contacted by Mr. Miller and Ms. Rigg, as shareholders of Bavaria Inn Restaurant Inc., regarding Subpoenas they had received. G Stephen Long met with Mr. Miller on June 16, 2021, to discuss the Subpoena. Mr. Long went through each question presented and asked George Miller if he had any responsive documents. Mr. Long then explained that these documents could be digital or hard copies, sent or received, and instructed Mr. Miller to carefully consider his responses. Mr. Miller confidently indicated he had no such documents. At no time did Mr. Long provide legal advice or legal services. *See* Affidavit of George Miller.

At the specific instruction of Mr. Long, Bailey Ross — a law clerk at GSL Trial awaiting admission to the Colorado Bar) — discussed with Ms. Rigg the subpoena she had received. Asking identical questions to those posed by Mr. Long to Ms. Rigg and noted her response. Ms. Rigg confidently indicated she had no responsive documents. At no time did Ms. Ross provide legal advice or legal services. Ms. Ross was exceptionally diligent to not provide legal advice as she is not yet admitted to the Colorado Bar and had been instructed specifically by Mr. Long not to do so.

Counsel for the Wrights seems to be making an effort to discredit the Responses to Subpoenas do to GSL Trial Lawyers involvement in the process. In actuality, these individuals were asked comprehensive questions regarding the subpoena and encouraged to be forthcoming with any documentation, correspondence, or other material they may have that would be responsive to the Subpoenas.

Furthermore, there is no adverse interests between Bavaria and Glendale Holdings, LLC, as alleged by Counsel for the Wrights. Both are owned by identical shareholders in identical percentages. The only action ever taken by Glendale Holdings, LLC, was a transfer of property to Glendale Holdings, LLC, from Bavaria, a transaction that was reversed well prior to the Bankruptcy proceeding. The Discovery Dispute Report alleging that the interests of the two entities are "likely adverse" is unsubstantiated, accompanied by no facts or explanation, and essentially immaterial to the Responses to Subpoenas and the at issue Bankruptcy proceeding.

The Discovery Dispute Report fails to report law or facts, outline a legitimate dispute, or equate the dispute to the ongoing discovery. George Miller and Pamela Zell Rigg have no responsive documents, and GSL Trial Lawyers facilitating that information to Counsel for the Wrights is immaterial and not in dispute.

Respectfully submitted this 30th day of June, 2021.

|  |  |
|---|---|
| Date: _____ | LAW OFFICES OF G STEPHEN LONG<br>By: /s/ G Stephen Long<br>G Stephen Long, #17252<br>600 S Cherry Street<br>Suite 314<br>Glendale, CO 80246<br>Telephone: (720) 414-8993<br>slong@gsltrial.com |

Date: _____

LAW OFFICES OF G STEPHEN LONG
By: /s/ G Stephen Long
G Stephen Long, #17252
600 S Cherry Street
Suite 314
Glendale, CO 80246
Telephone: (720) 414-8993
slong@gsltrial.com